IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 0 2007

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUPPLEMENT SPOT, LLC, | § | CASE NO. 06-35903-H4-11 |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| YOUNG AGAIN PRODUCTS, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | ADVERSARY NO. 07-03019-H4-1 |
| | § | |
| SUPPLEMENT SPOT, LLC, | § | |
| MARCELLA ORTEGA, and | § | |
| JOHN ACORD, | § | |
| | § | |
| Defendants. | § | |

## JOHN ACORD'S REQUEST FOR COURT TO NOTE CRIMINAL VIOLATIONS BY THE PLAINTIFF

John Acord, hereinafter referred to as the "Movant" hereby requests this Honorable Court to take notice of the Plaintiff's owners and managers, Roger and Ivey Mason, aided and abetted by their attorneys Thomas and Mark Freeman, are engaged in violations of. 18 U.S.C. Sec. 152(6) in that they have committed and continue to commit acts of extortion and coercion. Subsection (6) provides:

"A person who… knowingly and fraudulently gives, offers, receives, or attempts to obtain any money or property, remuneration, compensation, reward, advantage, or promise thereof for acting or forbearing to act in any case under title 11: …shall be fine…and imprisoned…or both." CRINMINAL RESOURCE MANUAL 855 EXTORTION AND BRIBERY – 18 U.S.C. Sec. 152(6)

Moreover, the plaintiffs, aided and abetted by their counsel, have repeatedly violated federal mail and wire fraud statutes as particularly set forth below in an effort to force the Movant and those associated with him to settle claims raised in this Court and the U.S. District Court, Southern District of Maryland.

The  method employed by the Plaintiff's has been to obtain property through extortionate means. Under federal law it is well established than the crime of extortion is committed when a person, in this case the Movant, is compelled to deliver such property to the plaintiff or to a third person by means of instilling a fear that, if the property is not so delivered, the plaintiff will accuse the Movant of a crime or cause criminal charges to be instituted against him.

Under federal law extortion is defined as inducing someone to turn over money or property by wrongful use of actual or threatened force, violence, or fear, or under color of official right. 18. U.S.C.  Sec 1951 (b)(2).

## CRIMINAL ACTS OF THE PLAINTIFF'S SUPPORTING THE ABOVE VIOLATIONS OF THE CRIMINAL LAW THAT REQUIRE THIS COURT TO REFER TO THE UNITED STATES ATTORNEY FOR INVESTIGATION

1.     On  July 16, 2007 the Movant returned to his office from a hearing before this Court where the Trustee's "Motion To Intervene" was argued before this Court to discover that his fellow employees of the debtor had received the drawing and envelope attached here at Exhibit 1. This elaborate drawing depicts the Movant's headstone in a cemetery surrounded by other headstones each bearing a racial or ethnic epithet. The headstone of the Movant is also depicted bearing a Star of David, although the Movant is not of the Jewish religion or ethnicity.. The envelope in which this threat was posted clearly bears the handwriting of the Plaintiff, Roger W. Mason. It appears to have been posted from Houston the day before the hearing and is

clearly intended instill fear in the Movant, his family, and associates in order to extort and coerce a settlement of legal matters between the Movant and the Plaintiff, Roger Mason.

2.     The threat referred to here as Exhibit 1 was posted using the US Mails and is a clear use of the US Postal mails to induce fear in the Movant, his associates and others. Since this threat has arrived the Movant has endured extreme emotional distress resulting in the loss of sleep and inability to perform his required employment duties. Upon viewing the threat Marcella Ortega was taken ill and has been hospitalized at least twice as a direct result of the anxiety induced by this and other threats of Mason.

3.     Furthermore, the Movant has been served with extensive discovery requests by the plaintiff requiring him to expose personal information about himself, his family, his associates, his business secrets, and business activities and finances, all of which could be used by Roger Mason and his attorneys to further harass, intimidate, extort and coerce him, his family and associates with the objective of causing the Movant or his family great physical and emotional harm

4.     Upon information and belief the Movant believes than the actions of Roger W. Mason are aided and abetted by his attorneys Mark and Thomas Freeman and others unknown. It should be noted that on the aforesaid hearing Mason did not appear. The threat was posted from Houston leading to the suggestion that it was posted by one or both of the Freeman brothers and law team who were present in Houston on the date the threat was mailed to the Movant.

5.     As set forth in the Movant's Demand for Jury Trial and referral of reference filed on September 14, 2007, this Court is reminded Roger W. Mason is not the normal businessman or litigant who mat appear before it. Mason has an extraordinary criminal record dating back to the early 1970's and has been convicted of drug manufacturing, distribution, and conspiracy on at least 7 occasion and has spent at least 30 years in federal and state prisons, lock-up or closely

supervised parole. Most recently he was paroled from an 18 year federal sentence for identity theft and credit card theft.

6.    On information and belief the Movant is aware that Mason currently maintains close contract with violent drug offenders serving life terms at some of the U.S.'s top security penitentiaries.

7.    The threat issued by Mason bears a striking similarity to threats issued by these prison gangs and has placed the Movant in fear of his safety and life, the safety and lives of his families as well as of his associates.

8.    The Movant does not doubt for a second that Mason has the gang contact, resources and ability to carry out the threats he has so carefully conceived and portrayed in Exhibit 1 against the Movant, his family and associates. The Movant has taken steps to protect himself from Mason, including reporting Mason's threats to the Federal Bureau of Investigation where he filed a report after receiving the threat described in Exhibit 1.

9.    Mason has made similar  direct and vile threats on numerous occasions as set forth in the accompanying Exhibits 3 through 9. These threats were made to cause fear and apprehension in the minds of the Movant, his family, and associates in an effort to wrest a monetary settlement of claims pending before this Court and federal courts in Utah and Maryland, all in violation of federal mail and wire fraud and statutes prohibiting the use of extortion, coercion, intimidation and harassment in order to obtain the property of the Movant, his mother, Marcella Ortega, and others.

10.    The Court is also reminded that Mason's threats, coercion, intimidation, and harassment came after he consented to an injunction in the US District Court of Maryland permanently enjoining and restraining him from making any threat or even derogatory comment against the Movant, his family and associates. A copy of this injunction is attached hereto as

Exhibit 2 and illustrates Mason's wanton, willing and knowing disregard of court orders not to harass or intimidate the Movant.

11.     Exhibit 3 is a letter to a business associate of the Movant signed by Mason wherein he alleges that the FBI is investigating the Movant for bankruptcy fraud and that he (the Movant) and "…the entire family to go to prison this year."

12.     Exhibit 4 is a letter to the same business associate in which Mason declares "….everything I told you is factual. Now were going to see if we can send him [the Movant] to jail for perjury as well. I sat there in court and watched him perjure himself repeatedly…he likes to take people to jail with him – his own mother, his brothers, naïve people like Jeromy, and anyone else who listen to promises that are never kept."

13.     Exhibit 5 demonstrates that Mason knowingly, willfully, and brazenly violates both the  US DISTRICT Court Injunction as well as the automatic stays put in place when the Debtor filed for Reorganization pursuant to Chapter 11. In this particularly vile letter to a close business associate Mason sets forth his plan to interfere in the business  of the Debtor and coerce and intimidate the Movant as follows:

a.      He accuses the Movant of "massive tax fraud," "multiple counts of bankruptcy fraud," and "perjury," all in an effort to disrupt the business relationship between the Movant and Robert Gubbi to which the messages in these Exhibits were sent.

b.      Mason then tells Gubbi the  "old hag" ( I presume he is referring to Movant's Mother Marcella Ortega)  will go to jail."

c.      Mason then states "Jeromy" ( I presume he is referring to Jeromy Barker) will go to jail as well along with other unnamed people "who got sucked into his endless promises."

d.      Mason continues: "I WANT you. Kelly, dotek, burns, and anyone else who dumped him to prosper and do well now you're away from him."

e.      Mason continues: "I want the entire acord family to die in prison."

f.      Mason continues" "unfortunately sean won't die in prison but he'll be gang raped by dozens of blacks. That's good enough."

g.      Mason continues: "…he always wants to lie, cheat and steal and TAKE EVRYONE TO JAIL HE CAN. I want you to do well, now yo're away from him and you can do well. Anything you say will stay with Ivey and me and I don't name any names please."

14.     Exhibits 3, 4, and 5 illustrate on their face the vile, ruthless, and wholly illegal efforts of the Plaintiff to interfere in the reorganization of the debtor by extorting, coercing, intimidating, the Movant, his family and his business associates all in violation of Chapter 11, the stays instituted by this Court and the injunction issued by the US District Court in Maryland.

15.     The Movant has collected and furnished to the Debtor's Trustee, Ben Floyd, numerous other examples of the Plaintiff's coercion, extortionate demands, intimidation and interference in the personal life and business of the Movant and the Debtor. Exhibits 6 though 10 are further examples that should be considered by this court in its decision to make a referral to the United States Attorney for criminal investigation of the Plaintiff and his attorneys, Tom and Mark Freeman and others unknown, who may be aiding and abetting Mason's criminal activities. The Movant has accumulated, to date, an additional 27 exhibits that can be submitted on request of the Court or to investigating authorities.

16.     Exhibit 6 is an example of an letter sent to several of the Movant's associates by Plaintiff Roger Mason in an attempt to coerce, and intimidate the Movant, his family, and the recipients of the letters. The Movant is not aware of all of the letters sent by the Plaintiff but all appear to bear similar text, the false letterhead making it appear to be on the official letter head of an investigating agency, and all make similar allegations, which are clearly intended to harass, intimidate, coerce and support extortionate demands made upon the Movant, his family, and the Trustee of the Debtor into making a monetary and property settlement of the legal issues demanded in this Court as well as the US Distinct Court in Maryland. The Movant believes that Plaintiff's attorneys are fully aware of the Plaintiff's many acts of extortion and intimidation and have participated in their formulation and execution and are equally responsible for the criminal activities of the Plaintiff Roger Mason in that they have entered into a criminal conspiracy with Mason.

17.     Exhibit 7 is an example of a similar letter sent by Plaintiff Roger Mason to Tom Aronson, the wholesale manager of the Debtor which makes the same allegations as set forth in Exhibit 6 but includes the additional "warning" to Aronson, whom Mason apparently believes to be Jewish, that this Movant is an anti-Semite. This reference towards Jews is similar to the derisive caricature of the Movant's headstone as shown on Exhibit 1. Moreover, the Trustee, Ben Floyd, has in his possession a document filed with the Utah Court wherein the Plaintiff makes the identical ethnic and racial slurs as set forth in these documents. This document bears the same handwriting and syntax as the messages submitted herein as Exhibits 1 and 3 through 7.

18.     Exhibit 8 is a letter from Tom Aronson addressed to the Trustee of the Debtor describing in detail the business difficulties  Plaintiff's persistent intimidating and coercive threats have caused, including the appearance by Mason and his wife at an exhibition where he attempted to disrupt the business of the Debtor  and the Movant with vile and threatening statements and gestures. This coercive and massive interference by Mason and his wife are all in violation of the stay issued by this Court and the permanent injunction of the US District Court in Maryland.

19.     Exhibit 9 is another example of the extortionate demands and threats made by Mason in an effort to disrupt the business of the Debtor and the Movant. It consists of a letter sent to Jeromy Barker, a business associate of the Movant in an attempt to coerce and intimidate Mr. Barker with threats of jail and imprisonment if he continued his association with the Movant. This specific letter was sent to a US Post Office mail box of the Mr. Barker and was opened and read by his mother who was understandably very upset with the allegations it contained. This letter is a further violation the mail fraud statures of the United State, the stay issues by this Court and the  permanent injunction is issued by the Maryland District Court. It again illustrates the wanton criminality of Roger Mason and his knowing and willing disregard of the orders of

two federal courts. It clearly illustrates that the normal civil processes of the court will not protect the Movant and his associates from irreparable harm and that this case must be referred to the U.S Attorney for criminal investigation and prosecution and that all proceedings in this adversary action must be suspended while this investigation is being conducted.

20.     Since receiving these numerous threats from Mason, the Movant has had difficulty sleeping, declining health, conducting his daily activities, and fears for his life and safety, his family's life and safety and has become obsessed with fears that Mason or someone associated with him or his prison gangs may do harm to the Movant and his family, associates, fellow employees and others innocently put in peril by Mason.

21.     Exhibit 1 is typical of the demonic threats issued and conveyed by prison gangs such as the Aryan Brotherhood with which Mason may maintain contact. Fellow employees of the debtor have expressed the same fears as the Movant in that Mason's demonic and numerous threats may result in him sending criminals to harm them in their workplace or perhaps his own appearance with weapons to carry out his demonic threats.

22.     Movant's mother, Marcella Ortega, a defendant in the Adversary Action brought by the enterprise known as Young Again Products, Inc. Mason's continual threats, harassment, intimidation, coercion and extortion has affected her health and placed her life in jeopardy should these proceeding continue without this Court providing adequate security and assurances that Mason will be investigated and where appropriate prosecuted for his numerous crimes and violation of federal and state criminal and racketeering statues.

23.     There is little doubt in the Movant's mind that his life and that of his family and associates have been threatened and has good cause to be in fear of his life. Exhibits 1 and 3 through 9 are only representative of at least 29 other examples the Movant has collected of

Mason's extortion, coercion intimidation, interference, harassment of the Movant, the debtor's customers, business associates, and others.

24.     The Movant can present this Court and the United States Attorney with overwhelming evidence that shows Mason's intent is not to properly pursue a legal claim to its conclusion  but to extort, coerce, harass and intimidate the Movant and anyone who may be associated with him for the objective of forcing Movant to enter into a civil settlement with Mason all in violation of federal and state laws making it a criminal offense to extort, coerce, intimidate, harass or other with make use of illegal means to obtain property of the Movant and of the Debtor.

## CONCUSION

*The Movant prays this Court take notice of the exhibits and other material presented by the Movant and refer this case to the United States Attorney for investigation.*

DATED: this 19TH day of September 2007.

Respectfully submitted,

John Acord, in Pro Se

By

John Acord
1919 Cattle Dr.
Magnolia, TX 77354
832-368-3599

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Initial Disclosures was served to the parties listed below either via  United States first class mail, postage prepaid, on this 19th  day of September 2007.

Young Again Products, Inc.
c/o Margaret M. McClure
Attorney at Law
909 Fannin, Suite 3810
Houston, TX  77010

Ben Floyd, Trustee
700 Louisiana Street, Suite 2200
Houston, TX 77010

Marcella Ortega
1919 Cattle Drive
Magnolia, TX  77354

John Acord

Exhibit
1



Exhi.5.7

1

51 MORRIS ST.
NYC, NY 10006

JOHN LIVINGSTON
1935 CATTLE DRIVE
MAGNOLIA , TX

773 5 4

USA FIRST-CLASS FOREVER

*Exhibit*

*2*



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

---

YOUNG AGAIN PRODUCTS, INC.

          Plaintiff / Counter-Defendant,

    vs.

JOHN ACORD a/k/a JOHN LIVINGSTON, et al.

          Defendants / Counter-Plaintiffs.

Civil No: RWT 03CV2441

---

JOHN ACORD a/k/a JOHN LIVINGSTON, et al.

          Third-Party Plaintiff,

    vs.

ROGER MASON and IVEY MASON

          Third-Party Defendants

---

## CONSENT INJUNCTION

By agreement of the parties, as expressed on the record at the May 19, 2004 Hearing held on Plaintiff's Motion To Enforce This Court's Rulings On March 22, 2004, The Consent Injunction Order Of March 25, 2004, And The Preliminary Injunction Order Of March 25, 2004, And For An Order To Show Cause Why Defendant Should Not Be Held In Contempt For Violating This Court's Decrees, And For Expenses, Including Attorneys' Fees, it is, this      day of May, 2004, by the United States District Court for the District of Maryland,

ORDERED, that Pursuant to Fed. R. Civ. P. 65(d), Defendants, their officers, agents, servants, employees, members, and those acting in concert or participation with them who receive notice of this Injunction, including but not limited to Young Again Nutrition, L.L.C.,

(collectively "Defendants"), are hereby PERMANENTLY ENJOINED and RESTRAINED, both jointly and severally, from use of the following trademarks: Fat Absorb®, Better Immunity™, Better Prostate™, Skin Cure®, The Osteoporosis Answer®, Vein Free®, Arthritis Arsenal®, Arthritis Free™, Better Cholesterol®, German Zyme™, Miracle Cream™, Total Minerals™, Total Vitamins™, the Estrogen Alternative™, or any other names, terms or marks which so resemble any of the above marks as to be likely to cause confusion, and it is

FURTHER ORDERED, that the Defendants are hereby PERMANENTLY ENJOINED and RESTRAINED, both jointly and severally, from marketing, selling, distributing, advertising, brokering, transferring, publishing, or giving away for free the following books (or any excerpts there from): Lower Cholesterol Without Drugs; What Is Beta Glucan; Zen Macrobiotics For Americans; The Natural Prostate Cure; Natural Arthritis Relief; No More Horse Estrogen; and The Mineral You Need; provided however, that the Defendants may sell or give away with purchase of product any of these books that remain in inventory at the time of execution of this Order, and it is

FURTHER ORDERED, that the Defendants are hereby PERMANENTLY ENJOINED and RESTRAINED, both jointly and severally, from use or publication of any articles or excerpts of articles authored by Roger Mason, including articles in archives, provided however, that the Defendants shall have 60 days from execution of this Order to remove all such articles and excerpts from articles from all websites owned or controlled by the Defendants, and it is

FURTHER ORDERED, that the Defendants are hereby PERMANENTLY ENJOINED and RESTRAINED, both jointly and severally, from use or publication of the name Roger Mason, provided however, that the Defendants shall have 60 days from execution of this Order to remove all references to the name from websites owned or controlled by the Defendants, and it is

2

*ENJOINED ACTIONS*

FURTHER ORDERED, that all parties to this case, including their respective officers, agents, servants, employees, and those acting in concert or participation with them, are PERMANENTLY ENJOINED and RESTRAINED from making any disparaging or defamatory remarks about one another or their respective businesses to any third parties unless protected or privileged pursuant to legal proceedings, and it is

FURTHER ORDERED, that Plaintiff, its officers, agents, servants, and employees, including Roger Mason and Ivey Mason, are PERMANENTLY ENJOINED and RESTRAINED from interfering in any way with the business of Defendants including but not limited to using Defendants' customer lists or other trade secret information of Defendants, provided however, that nothing in this paragraph shall be construed to limit the Plaintiff from pursuing its claims against the Defendants in the above captioned case or any other legal preceding in another jurisdiction, or taking any lawful action necessary to protect Plaintiff's rights, and it is

FURTHER ORDERED, that the Defendants shall remove within one week of the execution of this Order all references to the trademarks and copyrighted books identified above from all websites owned or controlled by the Defendants, including the following websites: www.youngagain.com, www.youngagainnutrients.com, www.youngagain.info, www.supplementspot.com, www.low-fat-recipes.com, and www.youngagain2000.com. Additionally, within one week of the execution of this Order, the Defendants shall send notice in writing to the owners and operators of www.netheal.com, , www.avmazon.com, www.menshealthtech.com, www.healthy-networks.com, www.second-hand-news.com, www.healthcore21.com, www.virilityhealthstore.com, and all other websites with whom the Defendants are affiliated or otherwise derive any revenue, requesting that they cease and desist use of the above identified trademarks and copyrighted publications, and copies of these notices shall be sent to the Plaintiff, and it is

3

FURTHER ORDERED, that, within one week of the execution of this Order, the Defendants will provide Plaintiff with the contact information, including the name, address, and telephone number, as known to the Defendants of the owners and operators of www.netheal.com, www.avmazon.com, www.menshealthtech.com, www.healthy-networks.com, www.second-hand-news.com, www.healthcore21.com, and www.virilityhealthstore.com, and all other websites with whom the Defendants are affiliated or otherwise derive any revenue, and it is

FURTHER ORDERED, that, after the time periods for removal specified above, in the event Plaintiff finds on the aforementioned websites owned or controlled by the Defendants any references to the products, names, books, or articles referenced above or the name Roger Mason, the Defendants shall have one week to remove any such references from the time of delivery of notice given in writing and sent by facsimile or by hand, or by overnight delivery service, addressed to:

John Acord
Young Again Nutrition, LLC.
9022 Deer Lodge Road
Magnolia, TX 77354

and

Lawrence E. Laubscher, Jr.
Laubscher Severson
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403,

and that, upon a finding by the Court (after filing of proper papers from both parties) that Defendants have failed to remove the references within the one week time period, the Defendants shall be held in Contempt, with penalties to be assessed as deemed appropriate by this Court including, but not limited to, monetary sanctions of $500.00 a day for continuing violations of this Injunction commencing the 8th day after notice is delivered and reimbursement of Plaintiff's expenses to enforce compliance with this Injunction, including all reasonable costs

and attorneys' fees, and it is and it is

FURTHER ORDERED, that, except as otherwise specified in the immediately preceding paragraph, any party may seek redress against a party violating the provisions of this Consent Injunction through motion to this Court, with relief provided as the Court deems appropriate, and it is

FURTHER ORDERED, that Defendants shall reimburse within one week of the execution of this Order by certified or cashier's check made payable to Young Again Products, Inc. and Freeman & Freeman, P.C., Plaintiff's costs and attorneys' fees of $1,831.50 incurred in connection with Plaintiff's Motion To Enforce This Court's Rulings On March 22, 2004, The Consent Injunction Order Of March 25, 2004, And The Preliminary Injunction Order Of March 25, 2004, And For An Order To Show Cause Why Defendant Should Not Be Held In Contempt For Violating This Court's Decrees, and it is

FURTHER ORDERED, that to the extent that the further mediation is deemed necessary by the parties, such mediation shall be conducted by Magistrate Judge Day.

By consenting to the entry of this Order, no party subject thereto shall be deemed to have acknowledged, admitted or otherwise agreed that such party has in any way committed any act of copyright or trademark infringement or violated or breached any legal duty to or right of any other party, and each party expressly reserves the right to assert, challenge or contest any such assertions or allegations in this action or in any other legal action in which such an issue may arise.

_____
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

5

## Freeman & Freeman

**From:**    <MDD_CM-ECF_Filing@mdd.uscourts.gov>
**To:**        <MDDdb_ECF@mdd.uscourts.gov>
**Sent:**     Tuesday, May 25, 2004 2:03 PM
**Subject:**  Activity in Case 8:03-cv-02441-RWT Young Again Products, Inc. v. Acord et al "Order"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Maryland

Notice of Electronic Filing

The following transaction was received from Titus, Roger entered on 5/25/2004 at 2:03 PM EDT and filed on 5/25/2004

**Case Name:**    Young Again Products, Inc. v. Acord et al
**Case Number:**    8:03-cv-2441
**Filer:**
**Document Number:** 57

**Docket Text:**
PAPERLESS ORDER APPROVING [54] Line and attached Consent Injunction. Signed by Judge Roger W Titus on 5/25/04. (Titus, Roger)

The following document(s) are associated with this transaction:


**8:03-cv-2441 Notice will be electronically mailed to:**

Mark A Freeman     mafreeman@erols.com, freemanlaw@erols.com

Thomas R Freeman     tfreeman@erols.com, freemanlaw@erols.com

Lawrence E Laubscher     llaubscher@laubscherlaw.com

Martin Leo Vedder     freemanlaw@erols.com

**8:03-cv-2441 Notice will not be electronically mailed to:**

5/25/04



John    *Exhibit 3*

## FW: to robert from roger
1 message

**rgubbi <rgubbi@www.youngagain.nl>**                                Tue, Jun 26, 2007 at 10:32 AM
To: John Acord <jpacord@gmail.com>

Van: "info@youngagainproducts.com" <info@youngagainproducts.com>
Datum: Fri, 30 Mar 2007 13:23:54 -0400
Aan: rjgubbi@planet.nl
Cc: uk@dotek.co.uk
Onderwerp: to robert from roger

hi robert,
just thought i'd say hi and ask how you're doing.
are you making a lot of money with john? are you
doing well with him?
did he tell you he lost every court case? did he
tell you a court trustee took over his entire
business? did he tell you that dozens of people
have filed for the money he cheated them out of?
did he tell you he's on the hook for millions of
dollars in utah federal court and more millions
in maryland federal court? did he tell you the FBI
is now investigating him for bankruptcy fraud?
we feel he is going to jail for the third and LAST
time. add tax fraud to that and it's even worse.
we expect the entire family to go to prison this
year.
hope you're doing well and selling lots of Greens
for Life.
best,
roger

Young Again Products Internet
www.youngagainproducts.com
e-mail: info@youngagainproducts.com
310 N. Front St. #150
Wilmington, NC 28401  U.S.A.
------- End of Forwarded Message -------


Best regards / met vriendelijke groet,

Robert J. Gubbi
Young Again Nederland BV
Tel: +31 (0)299 60 60 17
Fax: +31 (0)299 60 68 86


www.youngagain.nl



J     *Exhibit*

           *4*      ›m›

# FW: to robert from roger on wednesday
2 messages

**rgubbi <rgubbi@www.youngagain.nl>**                  **Tue, Jun 26, 2007 at 10:33 AM**
To: jpacord@gmail.com

---------- Forwarded Message ----------
From: Robert Johan Gubbi <rjgubbi@planet.nl>
To: rgubbi@youngagain.nl
Sent: Wed, 23 May 2007 13:52:57 +0200
Subject: FW: to robert from roger on wednesday

----------
Van: "info@youngagainproducts.com" <info@youngagainproducts.com>
Datum: Wed, 11 Apr 2007 09:03:43 -0400
Aan: rjgubbi@planet.nl
Onderwerp: Re: to robert from roger on wednesday

hi robert,
(910) 371-6775 ph/fax. i THINK there is an 8 hour difference here.
it's 9:00 AM, so i think it's 5:00 PM your time.
i was sincere in that i hope you're doing well and selling lots of
Greens. everything i told you is factual. now we're going to see
if we can send him to jail for perjury as well. i sat there in court
and watched him perjure himself repeatedly.
he likes to take people to jail with him- his own mother, his brothers,
naive people like jeromy, and anyone else who listens to the promises
that are never kept.
best,
roger
Young Again Products Internet
www.youngagainproducts.com
e-mail: info@youngagainproducts.com
310 N. Front St. #150
Wilmington, NC 28401 U.S.A.

----- Original Message -----
From: Robert Johan Gubbi [mailto:rjgubbi@planet.nl]
To: info@youngagainproducts.com
Sent: Wed, 11 Apr 2007 10:27:07 +0200
Subject: Re: to robert from roger

Roger,

Please send me your phone number.

Robert

> Van: "info@youngagainproducts.com" <info@youngagainproducts.com>
> Datum: Fri, 30 Mar 2007 13:23:54 -0400
> Aan: rjgubbi@planet.nl
> Cc: uk@dotek.co.uk
> Onderwerp: to robert from roger

Case 07-03069 Document 58 Filed in TXSB on 09/20/07    Page 21 of 32

> 
> hi robert,
> just thought i'd say hi and ask how you're doing.
> are you making a lot of money with john? are you
> doing well with him?
> did he tell you he lost every court case? did he
> tell you a court trustee took over his entire
> business? did he tell you that dozens of people
> have filed for the money he cheated them out of?
> did he tell you he's on the hook for millions of
> dollars in utah federal court and more millions
> in maryland federal court? did he tell you the FBI
> is now investigating him for bankruptcy fraud?
> we feel he is going to jail for the third and LAST
> time. add tax fraud to that and it's even worse.
> we expect the entire family to go to prison this
> year.
> hope you're doing well and selling lots of Greens
> for Life.
> best,
> roger
> 
> Young Again Products Internet
> www.youngagainproducts.com
> e-mail: info@youngagainproducts.com
> 310 N. Front St. #150
> Wilmington, NC 28401  U.S.A.
> 
> 
------- End of Forwarded Message -------


Best regards / met vriendelijke groet,

Robert J. Gubbi
Young Again Nederland BV
Tel: +31 (0)299 60 60 17
Fax: +31 (0)299 60 68 86


www.youngagain.nl

---

**rgubbi <rgubbi@www.youngagain.nl>**          **Tue, Jun 26, 2007 at 10:40 AM**
To: jpacord@gmail.com


----------
Van: "info@youngagainproducts.com" <info@youngagainproducts.com>
Datum: Wed, 11 Apr 2007 20:02:00 -0400
Aan: rjgubbi@planet.nl
Onderwerp: Re: to robert from roger on wednesday

hi robert,

We started Young Again in 1993. acord went to prison about 1996. he got out
and swore he wanted to turn his life around like i did and have an honest

business. he promised to run the website according to my philosophy and only
seel approved products. he was welcome to open another website unrelated t
and sell anything he wanted. acord cheats and lies to everyone including his
own family. he started selling junk and i cut him off. it took four years and
over a million dollars to stop him.

he has committed massive tax fraud for years, multiple counts of bankruptcy
fraud, and now perjury. he will go to jail for the third and last time and
die there. the old hag and sean will go with him along with jeromy and other
people who got sucked into his endless promises.

i WANT you, kelly, dotek, burns and anyone else who dumped him
to prosper and do well now that you're away from him. i want the entire
acord family to die in prison. unfortunately sean won't die there but he'll be
gang raped by dozens of blacks. that's good enough.

robert, we've had top TV informercials, are on 1,400 radio stations, i've
written 9 books, we have an internet business doing a million a year, we pay
ourtaxes,obeythe law, and want everyone to prosper and do well. acord could
have run my website, opened another one and sold anything he wanted. he always
wants to lie,cheat, steal and TAKE EVERYONE TO JAIL HE CAN.

i want you to do well. now yo're away from him and you can do well. anything
you say will stay with ivey and i. don't name any names please.

[Quoted text hidden]

*Exhibit*
*5*

*Exhibit 6*

# Intelius

Building Trust™

April 20, 2006

To: Lawrence Brown

Re: Livingston, John

Dear Mr. Brown,

In reference to your inquiry about John Livingston in Magnolia, TX we found the following:

He was born John Patrick Acord on 1/20/43 in Los Angeles, CA. His mother is Marcella Boyle (now Ortega) born 10/31/23 also in Los Angeles.

He has no law degree, nor did he graduate from any college, university, or trade school. He did attend one semester of college in Washington, DC. Mr. Acord has almost no known job history whatsoever in a search of Social Security Records.

He was involved with a Nazi paramilitary group in the late 1960s called "Liberty Lobby". They published the magazine "Attack!". He was field director under Willis Carto. Mr. Acord misappropriated about $50,000 in donations for which he was removed from his post, but no criminal charges were filed.

He has been repeatedly cited, fined, and investigated by the SEC in the 1970s and 1980s. If you want detailed reports of these they are available.

In 1985 he was sentenced to ten years in federal prison for securities, wire, and mail fraud counts. This was in the Southern District of Nevada. He remained on parole after release until 1995.

In 1996 he was sentenced to five years in federal prison for bankruptcy, wire, and mail fraud counts. This was in the Northern District of Texas. He was on supervised release until 2001. His mother Marcella, his sister Susan Hall, his brother Sean, and his daughter-in-law Kimberly Caldwell were all involved as well as Douglass Kennett. Only Acord and Kennett went to prison.

Currently Mr. Acord is being investigated by the FBI, IRS, and Texas Bankruptcy Court in Houston. He is also involved in federal civil suits in Salt Lake City, Utah and Greenbelt, Maryland.

If you need any more information please contact us.

Sincerely,

*Jonathan Davis*

Jonathan Davis, Investigator

cc: files

Exhibit
6

TUCKEY
43 PAXMANS ROAD
WEST BURY
BA13445   U.K

*Exhibit 7*

# Intelius

Building Trust™

April 20, 2006

To: Lawrence Brown

Re: Livingston, John

Dear Mr. Brown,

In reference to your inquiry about John Livingston in Magnolia, TX we found the following:

He was born John Patrick Acord on 1/20/43 in Los Angeles, CA. His mother is Marcella Boyle (now Ortega) born 10/31/23 also in Los Angeles.

He has no law degree, nor did he graduate from any college, university, or trade school. He did attend one semester of college in Washington, DC. Mr. Acord has almost no known job history whatsoever in a search of Social Security Records.

He was involved with a Nazi paramilitary group in the late 1960s called "Liberty Lobby". They published the magazine "Attack!". He was field director under Willis Carto. Mr. Acord misappropriated about $50,000 in donations for which he was removed from his post, but no criminal charges were filed.

He has been repeatedly cited, fined, and investigated by the SEC in the 1970s and 1980s. If you want detailed reports of these they are available.

In 1985 he was sentenced to ten years in federal prison for securities, wire, and mail fraud counts. This was in the Southern District of Nevada. He remained on parole after release until 1995.

In 1996 he was sentenced to five years in federal prison for bankruptcy, wire, and mail fraud counts. This was in the Northern District of Texas. He was on supervised release until 2001. His mother Marcella, his sister Susan Hall, his brother Sean, and his daughter-in-law Kimberly Caldwell were all involved as well as Douglass Kennett. Only Acord and Kennett went to prison.

Currently Mr. Acord is being investigated by the FBI, IRS, and Texas Bankruptcy Court in Houston. He is also involved in federal civil suits in Salt Lake City, Utah and Greenbelt, Maryland.

If you need any more information please contact us.

Sincerely,

Jonathan Davis, Investigator

cc: files

Exhibit
7

Mr. Aronson,

It seems everyone who deals with John gets cheated out of what he owes them. If he owes you money you need to retain an attorney immediately.

"Aronson" is usually a name of Jewish heritage. John is the most virulent anti-Semite I've ever met. He was second in command of the biggest neo-Nazi organization in the country. He brags about having a half million dollar collection of Nazi paraphernalia.

L.H.

4/16/2007

*Exhibit 8*

Mr. John Livingston
Supplement Spot
1935 Cattle Drive
Magnolia, TX 77354

Dear John:

Over the last few weeks I have found it more and more difficult to conduct business in a positive manner with the on-going negative email campaign that is being conducted by Mr. Roger Mason towards our valued wholesale customer base.  I now find myself spending more and more time defending Supplement Spot from the negative suggestions of Mr. Mason and now less time in a very positive manner which is simply promoting our company and the products that we sell on a worldwide basis.  The activity of defending Supplement Spot and answering the numerous questions about what is being sent is now costing our company thousands of dollars in sales each month.

However, it goes beyond the recent email campaign by Mr. Mason.

In March of 2006, I received a letter from an unknown source discussing your background and you're past business practices.  Basically, this letter pointed out your past political beliefs that suggested that your were anti-Semitic and how I should be wary of working with you because of this.  These comments were directed to me since the writer of this letter was of the opinion that I am Jewish- I do have a Jewish surname-however I am a Catholic.  This letter also suggested that you have a long history of not paying associates and also a criminal background.  In the 2 years that I have been associated with you I have never had a problem in receiving remuneration from you and quite frankly what you might have done in the past does not concern me nor should it concern anybody. I am more concerned with what will happen tomorrow-not what happened yesterday.

I found this letter to be most concerning and quite frankly I still think about it each day.  My wife, who actually read the letter before I did is still upset-this letter, did create quite a bit of concern with her about you.

It is my understanding that several letters have also been sent out to several other Supplement Spot associates and while they are all quite negative-it is my understanding that each letter has a certain degree of personal effect to it concerning situations between that associate and yourself.



What is really concerning are the emails that have been sent to various Supplement Spot customers on what seems is a random basis.

During the month of March, an email was sent to a Supplement Spot retail customer located in Southern California. This email was clearly written by Mr. Roger Mason and it suggested that Supplement Spot products were made with powdered sugar and were clearly ineffective. This email also offer the views of Mr. Mason on why anybody would want to be involved with a company that was run by the ex-convict-John Livingston. This retail customer to 2 of our best wholesale Customers-Lydia Hill and TMG Enterprises then sent this email. This email then set off a series of emails that I had to send to both Lydia and TMG to both defend the effectiveness of all Supplement Spot and to the background of all Supplement Spot associates. Although no proof is available at this writing, this same email was also sent to Julia Dean of Top Results Products. It is my feeling that these email so concerned Julia that she has now stopped all business activity with Supplement Spot and has ignored numerous attempts that I have made to contact her both by phone and by email. I am afraid that this activity might result in a lost customer-1 of Supplement Spot's best.

As you know, Mr. Mason took it upon himself to attend the recent Natural Products Expo in Anaheim, CA. All of the associates of Supplement Spot went to great lengths to make sure of our success at this show since it is 1 of the most important trade shows to attend in the supplement industry. A great deal of company funds and man-hours was put into the preparation for this trade show. It was my responsibility to make sure that all issues were covered and most important that all the trade show crewmembers were in a positive manner at the trade show. This was achieved and we began the trade show on a Friday morning ready to "conquer the world" with our new product-Dutch Greens. The Natural Expo Show was intended as the introduction of this product to the retail marketplace. If Mr. Mason's mission was to intimate any or all of our associates I can attest that he did achieve his mission.

All was well until we were "blessed" with the presence of Mr. Roger Mason early Friday afternoon. I will overlook Mr. Mason's angry, intimating-borderline satanic look as simply being the look of both an angry and desperate individual. However, it cannot be overlooked that 2 of our crewmembers did make the decision to not stay in the booth while he was in the vicinity of our booth at the show.

What **I CANNOT OVERLOOK** however is Mr. Mason's 2-day harassment while at this show. We were forced to deal with Mr. Mason walking in front of our booth several times each day and making negative comments that could be heard by potential customers and distributors that were in the booth at the time as well as several of our "neighbors" who were working at booths nearby to our



booth.   In addition, Mr. Mason spent a great deal of time taking photographs of the activity in our booth which again raised the issue among several potential customers and distributors on why they were being photographed "by the guy" across the aisle.

Like with the several negative emails that have been sent out by Mr. Mason, I spent a great of time answering questions on the comments that were being made by Mr. Mason as well as his photographic activities.

The whole experience with Mr. Mason at the Natural Products Expo I guess can be summed up with the questions from our next door neighbor at the show...

WHO IS THAT GUY?
WHILE IS HE SAYING NEGATIVE THINGS ABOUT YOUR COMPANY?
WHY IS HE TAKING PHOTOS?


Another separate email was also sent by Mr. Roger Mason to Bonnie Dare during the month of March that any wholesaler that was still conducting business with Supplement Spot would face federal charges.  Bonnie is 1 of our most consistent wholesalers and there was a great amount of concern on her part on doing business with Supplement Spot.   I again took precious time to explain to her exactly what our position was and also re emailed the various emails that were sent to each wholesaler concerning the our name change to Supplement Spot and the importance of no longer using the Young Again Nutrients name.

The final blow took place this week with Robert Gubbi-our primary distributor into Europe.  Mr. Roger Mason sent an email to Robert and again the central theme of this email was the concern with the effectiveness of Supplement Spot products, your background and other Supplement Spot associates, and the potential lawsuits facing Supplement Spot and anybody associated with Supplement Spot.  I received a phone call from Robert about this email and after a 3-hour telephone conversation I tried to convince him that he should proceed with Supplement Spot.   During this phone call I answered many of Robert's questions and concerns on if he should continue with the Dutch Greens project with Supplement Spot.  This after a great deal of effort and company funds already being spent to promote Dutch Greens to the national retailer marketplace at the Natural Products Expo.  My concern is with the hundreds of thousands-possibly millions of dollars of sales that will be lost simply because of the activity of Mr. Mason with Robert Gubbi.

These are for now isolated situations that we know of!  I am certain that there is alot more negative information from Mr. Mason that is being sent out on a daily



basis. I will assume that I will see them all in due time-for now I spend a great deal of my time trying to keep the damage to Supplement Spot at a minimum.

Obviously, Mr. Mason's issues with us seem to run along the same central theme—your background, the effectiveness of our products, and potential lawsuits for associates of Supplement Spot.

I find all of this interesting considering that Mr. Mason's product line seems to parallel our product line with what is offered and the ingredients that are used. It would seem that if our products are ineffective as Mr. Mason suggested then it must be that Mr. Mason's products are as well ineffective.

Mr. Mason also seems to make a big issue with your background that is also very interesting since it is my understanding that Mr. Mason has also spent a good portion of his life in a federal prison.

Sincerely,

Thomas Aronson

Thomas Aronson

Exhibit
8

Exhibit 9

Jeromy,

John lost the Utah case. He's going to beg, borrow and steal every dollar he can and escape to Ireland.

You're the fall guy, you're the stooge. The FDA will come after you for selling ephedrine. The IRS will come after you for tax evasion. The Utah court will come after you for all your property.

He's desperate and will do anything now.

102 Dock Rd.
Edison, NJ 08837

7720542241 B015

JEROMY P. BARKER
P.O. BOX 62241
HOUSTON, TX 77205

