UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| SUPPLEMENT SPOT, LLC, | § | 06-35903-H4-11 |
|     DEBTOR | § | Chapter 11 |
| | § | |
| YOUNG AGAIN PRODUCTS, INC. | § | |
| | § | ADVERSARY NO. 07-3019 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| SUPPLEMENT SPOT, JOHN ACORD | § | |
| AND MARCELLA ORTEGA | § | |
| | § | |
|     Defendants. | § | |

**RESPONSE TO JOHN ACORD'S REQUEST FOR COURT TO
NOTE CRIMINAL VIOLATIONS BY THE PLAINTIFF**

Plaintiff, YOUNG AGAIN PRODUCTS, INC., by its attorneys, hereby files this Response to John Acord's Request for Court to Note Criminal Violations by the Plaintiff (the "Motion"), and states as follows:

It is Plaintiff's understanding that Mr. Acord's filing was wholly improper and that he has no right to move this Court to refer the Plaintiff to the United States Attorney's Office for criminal investigation. Further, Plaintiff understands that it has no obligation to respond to such a filing, and accordingly, states only that the accusations set forth in Mr. Acord's "Request" are defamatory and specious, and were filed in an apparent effort to prevent the Plaintiff from further prosecution of its legitimate claims against Mr. Acord for bankruptcy fraud and civil conspiracy.

Respectfully submitted,

/s/ Margaret M. McClure
_____
MARGARET M. MCCLURE
State Bar No. 00787997
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333, (713) 658-0334 (facsimile)
ATTORNEY FOR PLAINTIFF

1

2

## **CERTIFICATE OF SERVICE**

    I HEREBY certify that a copy of the foregoing Response was served via either electronically or by U.S. mail on Lynn C. Kramer, Robert Singer and John Acord, this 3rd day of October, 2007.

/s/ Margaret M. McClure

_____

MARGARET M. MCCLURE