UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ' | BANKRUPTCY CASE NO. |
| SUPPLEMENTSPOT, LLC, | ' | 06-35903 |
| DEBTOR | ' | Chapter 11 |
| YOUNG AGAIN PRODUCTS, INC. | ' | ADVERSARY NO. 07-3019 |
| Plaintiff, | ' | |
| vs. | ' | UNITED STATES COURTS SOUTHERN DISTRICT OF TEXAS FILED |
| SUPPLEMENTSPOT, LLC, MARCELLA ORTEGA, and JOHN ACORD a/k/a JOHN LIVINGSTON | ' | OCT 2 3 2007 |
| Defendants. | ' | MICHAEL N. MILBY, CLERK OF COURT |

## DEFENDANT JOHN ACORD'S MOTION FOR A STAY OF PROCEEDINGS PENDING COMPLETION OF CRIMINAL INVESTIGATION

The defendant, John Acord, hereby moves this Honorable Court to stay all proceedings in this Adversary pending action pending completion of criminal proceedings against him. A stay is required so as to preserve his Fifth Amendment privilege against self-incrimination.

The Plaintiff, Young Again Products, Inc by and through its owner and officer, Roger W. Mason Has stated on at least 8 separate instances to customers, associates, and vendors of the Defendant and the Debtor that the defendant, John Acord, his mother, Marcella Ortega, and "anyone connected with him" are under criminal investigation by the Federal Bureau of Investigation, the U.S. Internal Revenue Service, the U.S. Attorney, the U.S. Trustee., the Federal Drug Administration, Federal Trade Commission and other law enforcement agencies. The Defendant submits Exhibits 1 through 9 authored by Plaintiff Roger W. Mason stating These investigations as a matter of undisputed fact The defendant believes these statements are

credible in that if they had no basis in fact Mason would be in violation of the May, 2004 Consent Injunction as well as egregious interference in the affairs of the Debtor and the Defendant.

Because of the impending criminal investigations disclosed by Roger Mason the Defendant cannot respond to discovery or further issues in this adversary proceeding without jeopardizing his Fifth Amendment privilege against self-incrimination by creating the possibility that his responses will aid the prosecution against him. See Wehling v. Columbia Broadcasting System, 608 F.2d 1084 (5th Cir. 1979). A target of a criminal investigation has a legitimate basis to invoke his Fifth Amendment privilege. See Mitchell v. United States, 526 U.S. 314, 326 (1999).

It should be noted, however, that the allegations of a pending criminal action against the Defendant is predicated upon the Plaintiff's own words. The Defendant has cause to believe the Plaintiff, Mr. Mason and his lawyers have been actively soliciting law enforcement agencies to aid them in their prosecution of alleged wrongs of the Defendant against the Plaintiff. One Example occurred in March, 2007, when the Defendant was informed by his former bankruptcy counsel, Barbara Rogers, that counsel for the Plaintiff solicited her to sign a complaint for perjury against the Defendant.

The Court can easily resolve the Defendant's concerns and make a fully informed decision whether or not to stay proceedings against the Defendant by requiring Mr. Mason to appear before it and testify as to his personal knowledge of any parallel criminal investigation pending against the Defendant that would be cause for the Defendant's assertion of his Fifth Amendment privileges in this action, and for the Court to stay proceedings against the Defendant until those investigation have been fully

2

concluded.

Respectfully submitted,

_____                    Date: October 22, 2007

John Acord, in Pro se
1919 Cattle Dr.
Magnolia, TX 77354
832-368-3599

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, certified mail, return receipt requested, to Margaret McClure on this the 22nd day of October, 2007.

_____
JOHN ACORD

Young Again Products, Inc.
c/o Margaret M. McClure
Attorney at Law
909 Fannin, Suite 3810
Houston, TX 77010

Ben Floyd, Trustee
700 Louisiana Street, Suite 2200
Houston, TX 77010

Marcella Ortega
1919 Cattle Drive
Magnolia, TX 77354

Robert Singer, Esq.
4550 Post Oak Place, Suite 175
Houston, TX 77027
713-627-2977