UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | BANKRUPTCY CASE NO. |
| § | | |
| SUPPLEMENTSPOT, LLC, § | | 06-35903 |
|     DEBTOR § | | Chapter 11 |
| § | | |
| YOUNG AGAIN PRODUCTS, INC. § | | |
| § | | ADVERSARY NO. 07-3019 |
|     Plaintiff, § | | |
| § | | |
| vs. § | | |
| § | | |
| SUPPLEMENT SPOT, LLC, § | | |
| MARCELLA ORTEGA, and § | | |
| JOHN ACORD a/k/a JOHN LIVINGSTON § | | |
| § | | |
|     Defendants. § | | |

PLAINTIFF YOUNG AGAIN PRODUCTS, INC'S
TRIAL EXHIBIT LIST

| *Ex #* | *Exhibit Description* | *Admitted* |
|---|---|---|
| 1. | 09/29/2006 – YAN v. YAP Finding of Facts and Conclusions of Law, 63 pages. | |
| 2. | 11/03/2006 – Debtor's Original Voluntary Petition for Bankruptcy, with Schedules. | |
| 3. | 11/08/2006 – Minute Entry for Proceedings in Dodart v. YAP, District of Utah held before Judge Cassell; Judgement In A Civil Case dated 11/15/06 | |
| 4. | 11/20/2006 – Debtor's Original Statement of Financial Affairs. | |
| 5. | 12/11/2006 – Debtor's Amended Schedules. | |
| 6. | 12/11/2006 – Debtor's Amended Statement of Financial Affairs. | |
| 7. | 01/12/2007 – Debtor's Monthly Operating Report for November, 2006. | |
| 8. | 11/30/2006 – Debtor's Cash Account Reconciliation for November, 2006. | |
| 9. | 12/31/2006 – Debtor's Financial Statement. | |

| *Ex #* | *Exhibit Description* | *Admitted* |
|---|---|---|
| 10. | 10/31/2006 – Reconciliation Detail / Amegy Account 1351, with checks. | |
| 10.A | 10/31/2006 – Amegy Bank Account Statement, Ending in #1732. | |
| 10.B | 10/31/2006 – Amegy Bank Account Statement, Ending in #5336 | |
| 10.C | 10/31/2006 – Amegy Bank Account Statement, Ending in #5344. | |
| 10.D | 10/31/2006 – Amegy Bank Account Statement, Ending in #8422. | |
| 11. | 10/31/2006 – PayPal Monthly Statement for October, 2006. | |
| 12. | 04/28/2006 – Amegy Bank checks for $49K and $21K, with Debtor's AIB Bank Account for 08/01/2006. | |
| 13. | 05/08/2006 – Allied Irish Banks (AIB) Business Account | |
| 14. | 12/20/2006 – Capital One Account Summary of M. Ortega | |
| 15. | 11/1/2005-10/31/2006 – M. Ortega's Distributions. | |
| 16. | 01/31/2007 – Debtor's Transactions by Account / Total Due from Related Parties. | |
| 17. | 11/1 – 11/13/2006 – John Acord Email String to Vassily Buryanau Re: Balance. | |
| 18. | 11/08/2006 – YAN (John Acord) Email to Jeromy Barker Re: Artwork Labels. | |
| 19. | 06/23/2008 – SupplementSpot Nutrients Case Study / www.intetics.com | |
| 20. | 02/15/2007 – John Acord Email to Vassily Buryanau Re: Downloads and Records | |
| 21. | 12/19/2006 – John Acord Email to Thomas Aronson Re: Wholesale to the Trade. | |
| 22. | 10/28/2006 – YAN Objection to Defendant's Proposed Order Declaratory and Injunctive Relief | |
| 23. | 02/02/2004 – YAN First Amended Complaint. | |
| 24. | 11/17/1996 – webmaster@siteleader.com Email Re: YAP Domain Name | |

| *Ex #* | *Exhibit Description* | *Admitted* |
|---|---|---|
|  | and<br><br>12/26/2006 – Fairfax, VA., Affidavit of Custodian of Records, Jessica Anthony. |  |
| 25. | 01/23/2006 – Dodart v. YAP, Trial Transcript Excerpt Re: S. Ortega. |  |
| 26. | 04/26/2004 – Dodart v. YAP, Deposition Transcript Excerpt Re: M Ortega. |  |
| 27. | 07/29/2003 – WHOIS Search Result of for youngagain.com |  |
| 28. | YAN Supplement Labels. |  |
| 29. | 12/11/2006 – YAN Website Information Re: Privacy Statement for YAN. |  |
| 30. | 03/21/2006 – Dodart v. YAP, YAN Trial Brief. |  |
| 31. | 01/26/2006 – Dodart v. YAP, Trial Transcript Excerpt Re: John Acord. |  |
| 32. | 01/05/2007 – Dodart v. YAP, Plaintiff's Statement Regarding Status of the "Young Again" URLs, Exhibit 1 (15 pages). |  |
| 33. | 01/23/2006 – John Acord Email String to Vassily Buryanau.Re: Server. |  |
| 34. | 03/18/2006 – John Acord Email String to Boris Kontsevoi Re: Visit from Intetics. |  |
| 35. | 03/27/2006 – John Acord Email String to Vassily Buryanau Re: Offshore Server. |  |
| 36. | 11/21/2006 – John Acord Email String to Vassily Buryanau Re: Payment. |  |
| 37. | 11/21/2006 – John Acord Email to Vassily Buryanau Re: FW Message |  |
| 38. | 11/28/2006 – John Acord Email to Vassily Buryanau Re: User ID, with attached Network Solutions YAN Account Information. |  |
| 39. | 11/29/2006 – John Acord Email String to Vassily Buryanau Re: Reset Password Request and Counsel in Young Again Ireland. |  |
| 40. | 11/29/2006 – John Acord Email String to Vassily Buryanau Re: Reset Password Request and Registration of URLs |  |
| 41. | 11/30/2006 – John Acord Email String to Vassily Buryanau |  |

| *Ex #* | *Exhibit Description* | *Admitted* |
|---|---|---|
|  | Re: FW ya2000.com Details |  |
| *42.* | 12/04/2006 – John Acord Email String to Vassily Buryanau Re: Fw ya2000.com Details |  |
| *43.* | 12/18/2006 – John Acord Email String to Vassily Buryanau Re: WEB SITE. |  |
| *44.* | 02/09/2007 – Hearing Transcript Excerpts--Expedited Motion for Contempt, Examination and Cross of John Acord |  |
| *45.* | 11/28/2007 – Dodart v. YAP, John Acord's Answer to Products' Contempt Motion, with Exhibits. |  |
| *46.* | 12/04/2006 – YAN Web Page Re: European Website and Privacy Statement. |  |
| *47.* | 12/04/2006 – YAN Web Page Re: Vitamins and Supplements Fall 2006 coupon. |  |
| *48.* | 12/03/2006 – YAP's Expedited Complaint Seeking Temporary Restraining Order, Temporary Injunction, and Permanent Injunction.(8 pages), with Document Menu. |  |
| *49.* | 12/05/2006 – Temporary Restraining Order Issued by the Bankruptcy Court. |  |
| *50.* | 12/26/2006 – Fairfax, VA., Affidavit of Custodian of Records, Jessica Anthony, with Attachment. 02/05/2007 – Fairfax, VA., Affidavit of Jessica Anthony, with Exhibit |  |
| *51.* | 11/29/2006 – Network Solutions, WHOIS Search Result for Youngagain2000.com. |  |
| *52.* | 12/07/2006 – Network Solutions, WHOIS Search Result for Youngagain2000.com, |  |
| *53.* | 11/27/2006 – Network Solutions WHOIS Search Result for Youngagain.info. |  |
| *54.* | 12/07/2006 – Network Solutions WHOIS Search Result for Youngagain.info. |  |
| *55.* | 2004-2007 – SupplementSpot Retail & Wholesale Sales |  |

| *Ex #* | *Exhibit Description* | *Admitted* |
|---|---|---|
|  | and  03/22/2004  Excerpts of Transcript of Hearing before Judge Titus. |  |
| *56.* | 12/01/2006 – Assignment of Copyright and URL, with Royalty Agreement. |  |
| *57.* | 12/04/2006 – Debtor's Emergency Motion for Continuance. |  |
| *58.* | 12/07/2006 – Debtor's Response in Opposition to the Motion for Relief from Stay, Docket No.4. |  |
| *59.* | 12/21/2006 – YAP's Emergency Motion to Lift Stay, Transcript Excerpt. |  |
| *60.* | 01/05/2007 – Dodart v. YAP – Excerpts from YAN's Statement Regarding Status of the "Young Again" URLs. |  |
| *61.* | 11/06/2006 – YAN Longevity News Email Marketing Newsletter. |  |
| *62.* | 11/09/2006 – YAN Email Marketing Newsletter. |  |
| *63.* | 11/14/2006 – YAN Fall 2006 Email Advertisement. |  |
| *64.* | 12/07/2006 – YAN 2006 Website Page. |  |
| *65.* | 12/30/2006 – YAN Website Page and Picture of Citrus Pectin. |  |
| *66.* | 01/07/2007 – YAN Website Page and Picture of Maximum Beta Glucan. |  |
| *67.* | 12/07/2006 – YAN's Export/Foreign Distribution Policy. |  |
| *68.* | 02/27/2007 – Debtor's Monthly Operating Report for December, 2006. |  |
| *69.* | 12/11/2006 – Original Plan of Reorganization Filed by Debtor. |  |
| *70.* | 04/23/2007 – YAP's Amended Motion for Default Against Acord with Affidavit of Roger Mason and Attached Exhibits. |  |
| *71.* | 11/23/2006 – John Acord Email to Dotek Team Re: YA.info. |  |
| *72.* | 11/27/2006 – John Acord Email String to Dotek Team Re: FW: Did you get the Sunday morning e-mail? |  |

| *Ex #* | *Exhibit Description* | *Admitted* |
|---|---|---|
| 73. | 12/06/2006 – John Acord Email to Malcolm Tuckey Re: Changes to Website. | |
| 74. | 12/18/2006 – Affidavit of Malcolm Tuckey, with Exhibits 1 through 6. | |
| 75. | 12/06/2006 – WHOIS Underlying Registry Data Re: YOUNGAGAIN.BIZ. | |
| 76. | 12/31/2006 – PayPal Monthly Statement for December, 2006. | |
| 77. | 10/03/2007 – PayPal "FIT" Page for John Acord. | |
| 78. | 09/29/2007 – PayPal Spreadsheet for John Acord. | |
| 79. | 09/20/2006 – Bank of America Statement for John Acord. | |
| 80. | 10/20/2006 – Bank of America Statement for John Acord. | |
| 81. | 11/20/2006 – Bank of America Statement for John Acord. | |
| 82. | 12/19/2006 – Bank of America Statement for John Acord. | |
| 83. | 01/22/2007 – Bank of America Statement for John Acord. | |
| 84. | 02/16/2007 – Bank of America Statement for John Acord. | |
| 85. | 05/21/2007 – Bank of America Statement for John Acord. | |
| 86. | 11/06/2006 – Capital One Account Statement/Summary for M. Ortega. | |
| 87. | 01/05/2007 – Capital One Account Statement/Summary for M. Ortega. | |
| 88. | 02/06/2007 – Capital One Account Statement/Summary for M. Ortega. | |
| 89. | 03/06/2007 – Capital One Account Statement/Summary for M. Ortega. | |
| 90. | 06/29/2007 – Amegy Bank Account Statement for Newtrients21. | |
| 91. | 06/03/2007 – Amegy Bank Check for $11,350.00. | |
| 92. | 06/09/2007 – Amegy Bank Check for $5,000.00. | |
| 93. | 06/16/2007 – Amegy Bank Check for $5,000.00. | |

| *Ex #* | *Exhibit Description* | *Admitted* |
|---|---|---|
| *94.* | 07/28/2007 – Amegy Bank Check for $37,500.00. | |
| *95.* | 02/01/2008 – Young Again Limited, Current Account Balance for AIB Acct. | |
| *96.* | 03/20/2007 – Allied Irish Bank (AIB) Check for €29,000.00 to Kenneth Acord. | |
| *97.* | 11/27/2007 – Defendant M. Ortega's Responses to YAP's First Set of Interrogatories. | |
| *98.* | 11/27/2007 – Defendant M. Ortega's Responses to YAP's Request for Admissions. | |
| *99.* | 03/19/2008 – Defendant John Acord's Answers to YAP's First set of Interrogatories. | |
| *100.* | 10/22/2007 – Defendant John Acord's Responses to Requests for Admissions | |
| *101.* | 01/26/2006 – Dodart v. YAP, Trial Transcript Excerpts of Acord Testimony | |
| *102.* | 11/18/1995 – Dallas Morning News Archived Story. | |
| *103.* | 12/19/2006 – Dodart v. YAP, Order for Declaratory and Injunctive Relief and Setting Preliminary Injunction Hearing and Deadlines. | |
| *104.* | 02/14/2007 – Dodart v. YAP, Order to Transfer URLS to US District Court for the District of Utah. | |
| *105.* | 04/24/2007 – Dodart v. YAP, Order Granting Motion for Release of URLS. | |