DEC-11-06 MON 03:27 PM   ROGERS ANDERSON BENSEY      FAX NO.   7139570105      P. 11

Account Manager | Network Solutions

https://www.networksolutions.com/manage-it/edit-account.jhtml?acc

C032.8  (A)

# NetworkSolutions.

Back to Home   Welcome KIMBERLY CALDWELL

## Account Manager                                  Click Here to Logout

**HELPFUL LINKS**

- Account Manager Home
- View Domain Name List
- View Requested Pre-Registered Domain Name List
- View Account List
- Merge User IDs/Accounts
- Edit User Info
- Edit User ID/Password
- Edit Account Contacts
- View Keyword Alerts
- Register Domain Names
- Renew Services
- Transfer Domain Names
- View Transfer Status

Get a domain for only $8.95 a year with any monthly Web Hosting package

**ABOUT ACCOUNT MANAGER**

Account Manager User Guide

Customer Renewal Warning

**FREQUENTLY ASKED QUESTIONS**
How do I edit billing information?

See What Our Customers Say About Us

### View Account List

### Edit Account Information

Account: Young Again, Ltd. (24019654)

### Account Holder (Registrant)

YOUNG AGAIN NUTRIENTS, LTD
Harlam Trading Estate
Nether Hampton Rd.

UK

Phone: +44 1722 417325
Fax: +44 1722 417325

### PRIMARY CONTACT

Malcolm Tuckey
YOUNG AGAIN NUTRIENTS, LTD
Harlam Trading Estates
Nether Hampton Rd

UK

Phone: +44 1722 417325
Fax: +44 1722 417325
Email: kim@wt.net

### Billing Information

Malcolm Tuckey
YOUNG AGAIN NUTRIENTS, LTD
Harlam Trading Estates
Nether Hampton Rd

UK

Phone: +44 1722 417325
Fax: +44 1722 417325
Email: kim@wt.net

### Credit Card Information

No credit card for this account.

Reseller Programs   WHOIS   Free Offers   About Network Solutions : Site Map   Policies :   Service Agreement   Legal Notice

EXHIBIT: 4
PAGE: 3 OF: 5

of 2

http://mail.youngagainproducts.com/default/lang/en/Forms/MAl/printp.

Print | Close

**Subject:** FW: [SPAM?]: Re: FW: did you get the sunday morning e-mail?     **Date:** Sun, 10 Dec 2006 11:31:34 -0000
**From:** Dotek Team
**To:** info@youngagainproducts.com

---

Received Novemebr 27 2006

**From:** Young Again [mailto:marcella75@yahoo.com]                               003299
**Sent:** 27 November 2006 17:43
**To:** Dotek Team
**Subject:** [SPAM?]: Re: FW: did you get the sunday morning e-mail?

This is not our site. It does belong to a person that we drop ship for. He pays an extra 20% on EU shipments to cover Gerard.

Roger does not own the YAN trademark in Europe. In fact, he does not own it in the USA iither. We have blocked him for at leas tanother 90_DAYS and then we will do it again. I would avoid even answering him.

His lette to you constitutes tortous inerference =in our affoiars.

*Dotek Team <uk@dotek.co.uk> wrote:*

> Hi John
>
> I thought you stopped selling into Germany.
> Now what am I going to reply to this?
>
> It is nothing to do with me.
> I will reply to Roger this and I am using ya.info so he knows,and that ya.info is trading only in Europe.
>
>
> I believe that the site is yours as it only links to you.
> Roger is no fool
>
> He can see that the prices the site offers are impossible for a re-seller.
> It can only be you using ya labels and this wont wash with him.
>
> You said if we want kelly to ship then it will cost us 20% more.
> You have maximum prostate at $14.95 each  -- They buy in bulk at $7.50 a bottle. The same preice we charge you.
>
> how is that possible if the site is not yours?
>
> ss.com will sell us maximum prostate at $7.50 add 20% ireland fee and that is already $9
> and charging only $9.50 for shipping to Europe can only be of American origin.
>
> Other products too are so low that it is impossible for someone other than you to make anything from this site.
>
> you will get the Germans buying from you, but you will not be able to deliver the service we can give. Thats fair. We will open our warehous ein Ireland in March and will supply dierctly just about everything. We now have all of the required licenses form the IMB.
>
> This site is targeting our market. -- I told you we ar enot selling it but we have tens of ditributors that are free to target any palce they wish.
>
>
> You tell us we have to put up with Doran, now this...



# Fwd: Progesterone - Men Need it Too!

**James Willbanks <jewillbanks@comcast.net>**                          **Wed, Jul 18, 2007 at 5:45 PM**
To: info@youngagain.com

James Willbanks
BMW Motorcycles of Little Rock
Triumph of Little Rock
501-374-4269

Begin forwarded message:

> From: Longevity News <news@longevitynews.com>
> Date: July 18, 2007 8:49:55 PM CDT
> To: jewillbanks@comcast.net
> Subject: Progesterone - Men Need it Too!
> Reply-To: Longevity News <news@longevitynews.com>
>
> (Mailing list information, including unsubscription instructions, is
> located at the end of this message.)
>
> www.LongevityNews.com We are here for you!
>
> We're different! Let us make a difference to your health
> and longevity.
>
>
> Progesterone is essential for male prostate health and to balance
> increasing levels of estrogen. Progesterone can be thought of as a
> hormonal balancer, particularly of estrogens. It enhances the
> beneficial effect of estrogens while preventing the problems
> associated with estrogen excess. Progesterone also helps create a
> balance of all other steroids. It also has intrinsic calming and
> diuretic properties. It is important in women, but its importance in
> men for the maintenance of prostate health is only now being
> appreciated.
>
> Men and women have exactly the same hormones only in differing
> amounts. Women have testosterone, androstenedione and even a prostate
> specific antigen (PSA). Men have estriol, estrone, estradiol,
> progesterone, luteining hormone (LH) and follicle stimulating hormone
> (FSH). As men age, their levels of estrogen rise, especially the two
> most dangerous and potent estrogens- estrone and estradiol. A man over
> 50 literally has more estrogen than his postmenopausal wife! It is
> finally becoming clear that this excess of estrogen in aging men is
> responsible for a variety of problems such as adiposity, breast
> development, many cancers, prostate problems, baldness and other
> problems that come with advanced age.
>
> The prostate actually has progesterone receptors and to have a healthy
> prostate gland the receptors must have enough blood progesterone
> constantly to keep them filled. Studies on laboratory animals have
> actually reduced the weights of their prostates just by giving them

004145

> natural progesterone. As estrogen levels rise in men, there is no
> parallel rise in progesterone. What is the most potent antagonist to
> estrogen? Progesterone. It is progesterone that inhibits those harmful
> effects of too much estrogen more than anything else. Thus, the need
> for natural progesterone supplementation.
>
> Help for inhibiting hair loss? We've all heard of 5-alpha reductase
> and how this is what turns vital testosterone into unwanted
> dihydrotestosterone (DHT). Excess levels of DHT are associated with
> baldness, prostate disease and a host of other illnesses as men age.
> Progesterone is a powerful 5-alpha reductase inhibitor.
>
> Many men have chosen to use transdermal progesterone based on the
> overwhelming evidence we have from studies around the world on test
> animals, DHT, 5-alpha reductase and prostate metabolism.
>
> Over age 50? – Your daily regimen should include Natural Progesterone
> supplementation!
> Click here and buy NATURAL PROGESTERONE CREAM (2oz. jar) for the low
> price of $9!
>  Love the price? We have also included this product as part of our
> July - Buy 2, Get 1 Free offer.
>
> Men need only a fraction of that required by women. One 2 ounce jar
> will last a man 3-4 months, so if you are going to take advantage of
> our discount on purchases of 3 or more, think of sharing this
> remarkable anti-aging supplement with your wife or other women in your
> life. It is really amazing to see how quickly women's PMS symptoms
> fade and disappear when their hormones come into balance.
>
> At Longevity News we offer you choices!
> Get the natural supplements and hormones you need and want, at some of
> the best prices anywhere!
> YOU DESERVE THE BEST – DON'T SETTLE FOR LESS – DON'T PAY MORE
>
> Check out these choices and price values for natural progesterone
> supplementation!
> Progesterone Cream, Natural - 1,000mg x 2oz jar only $9.00. + Buy 2;
> get 1 Free during July 2007.
> Progesterone Cream, Natural - 2,000mg 4oz measured pump jar – FOUR
> ounces for only $25.00
> Progesterone Gel - 2,000mg 4oz jar – FOUR ounces for only $23.00
> Prostate Cream™, Healthy - 4.4oz measured pump bottle $39.00
>
> We provide free, fact-based, cutting-edge information about
> proven-effective supplements, hormones, diet, natural health and
> beauty products - with a difference – we don't tell you what to know –
> we let you read the information, learn, think for and be responsible
> to yourself! This, and the natural supplements and hormones you need
> and want, at some of the best prices anywhere!
>
> Ä Visit us and make www.longevitynews.com the web-window of
> opportunity to your health and longevity.
>
> Click here: www.longevitynews.com - see all the other great products &
> prices!
> Enjoy other "no coupon necessary" prices like these!
> Buy two 60 count bottles of Beta Sitosterol for the low price of $10
> each, get a third bottle free!

> Buy two 60 count bottles of Curcumin for the low price of $9 each,
> get a third bottle free!
> Buy two 60 count bottles of Ellagic Acid for the low price of $9
> each, get a third bottle free!
> Buy two 60 count bottles of Green Tea for the low price of $5 each,
> get a third bottle free!
> Buy two 60 count bottles of Melatonin for the low price of $4 each,
> get a third bottle free!
> Plus, buy $100 of products- we'll choose & include a free "thank you"
> gift with your order placed before July 31, 2007.
>
> Our cutting-edge health and beauty products, are fully supported by
> published scientific and medical studies, and manufactured with
> pharmaceutical grade (USP) ingredients in the USA, in facilities that
> meet the FDA's GMP (Good Manufacturing Practices) ratings.
>
> The Food & Drug Administration has not evaluated every statement made
> in this newsletter.
> Our products are not intended to diagnose, treat, cure or prevent any
> disease.
> Please consult a qualified healthcare practitioner for medical advice.
>
>
>
> The following information is a reminder of your current mailing list
> subscription:
>
> You are subscribed to the following list:
>
> Longevity News
>
> using the following email:
>
> jewillbanks@comcast.net
>
> You may automatically unsubscribe from this list at any time by
> visiting the following URL:
>
>  http://www.longevitynews.com/cgi-bin/dada/mail.cgi/u/longevity/
>
> If the above URL is inoperable, make sure that you have copied the
> entire address. Some mail readers will wrap a long URL and thus break
> this automatic unsubscribe mechanism.
>
> You may also change your subscription by visiting this list's main
> screen:
>
>  http://www.longevitynews.com/cgi-bin/dada/mail.cgi/list/longevity
>
> If you're still having trouble, please contact the list owner at:
>
>  news@longevitynews.com
>
> The following physical address is associated with this mailing list:
>
> www.longevitynews.com
>
> Mailing List Powered by Dada Mail

004148

004171

**From:** Dennie Woodlee [dw@investorsinsight.com]
**Sent:** Thursday, November 09, 2006 11:34 AM
**To:** Yap1993@aol.com
**Subject:** FW: Resveratrol– HIH Research COnfirms Its Slows Aging, Reduces Risks of Poor Diet and Obesity

Roger,

Look what I got in my in box. It usually comes from YoungAgain.com. I was wondering how soon it would take place.

Also, thank you including the books with my order! I appreciate that very much.

Dennie

---

**From:** Young Again Nutrients [mailto:Young_Again_Nutrients@mail.vresp.com]
**Sent:** Thursday, November 09, 2006 10:15 AM
**To:** dw@investorsinsight.com
**Subject:** Resveratrol– HIH Research COnfirms Its Slows Aging, Reduces Risks of Poor Diet and Obesity

*November 9, 2006*

*Volume 1, Issue 2*

**Again** Nutrients 2006

*Young Again Nutrients 877.205.0040*

# Who Else Wants To Turn Back The Effects Of Aging

*Resveratrol* may also be able to reduce the uncomfortable side effects of chemotherapy – rebuild damaged heart tissue, and lower cholesterol levels!

Just on November 3, 2006, results of a study funded by the U.S. National Institutes Health and Harvard University reveals that resveratrol increases the lifespan mammals and also reduces the risks of a poor diet. You can read about this study RESVERT. The proof of resveratrol's benefits is building. You cannot wait any longer begin to enjoy its benefits.

*Researchers wonder what it cannot do –*

 Dear Friend,

004172

Every once in a while I come across an extraordinary chemical or nutrient that takes me on a wild ride through all the available research -- sometimes rarely pausing to catch a breath.

This pretty much sums up the way it has been with **Resveratrol.**

Do you suffer from **COPD(Chronic Obstructive Pulmonary Disease)widespread benefit** for those of you who are looking for relief.

**Second and even more significant** is the effect it has on cell death regulation☐it seems to have an uncanny ability to increase the expression and activity of the good enzymes that **decrease exposure to activated cancerous cells.**

What is more -- according to no less than the **Linus Pauling Institute, steady resveratrol intake** can inhibit a variety of human cancer cell lines, including --

- Breast
- Prostate
- Stomach
- Colon,
- Pancreatic and thyroid cancers

It is true.

Believe me I know Cancer is serious business and if you have had it you know that **treatment-induced side effects can make you want to go crawl into a spider hole and close the door.**

**Breast cancer is no different, right ladies?** Would not you like some relief too --

Of course you would --

And **now you will --**

Here is why --

Cancer cells have an unusual disposition? they refuse to grow up?they think they are immortal and won?t die off, as do normal cells.

When they are destroyed using toxic methods such as radiation and chemotherapy, it **causes the cell to break open, releasing their contents, damaging neighboring cells and provoking inflammation?**

Resveratrol has a unique ability --

to induce cancer cells to die off (apoptosis) in a **preferred manner so their cellular debris is digested by white blood cells called phagocytes.**

**Fortunately for you, Lab Certified Resvert from Young Again Nutrients can reduce the time you have to endure these uncomfortable side effects.**

**But that is just part of the story --**

**Yes, I had already read a reference library worth of research about this remarkable chemical -- with its anti-infective, antioxidant and cholesterol lowering benefits, but I had no idea of its full potential. For example,**



Let?s face it; drinking red wine has exceptional benefits --                       00417

I mean the French Paradox - the low incidence of heart disease among the French despite their relatively high-fat diet☐proves that right?

But we are not in France and you may not even like wine --

So, what are your options -- you could eat more peanuts, berries and fruits to reach adequate intake level -- but let?s face it -- you would have to consume vast amounts of these foods before you reached 25 to 50 mg.

Red wine is a rich source of resveratrol but even this antifungal agent found in grape skins varies a great deal depending on --

- Where the grapes were grown
- Contact time between skins and juice during fermentation
- Length and type of post-fermentation storage
- And choice of clarifying or filtering

It is also true that some wine varieties have slightly more resveratrol than others, but it doesn?t matter because you are still going to have to chug it down to realize the maximum benefit.

Why? Because only after a bottle of wine is opened is the maximum resveratrol available.

Make it easy on yourself --

you don?t have to become a wino to get the benefits of resveratrol --

plus, there is no need to guess as to how much resveratrol you?re getting when you can know for sure.

Resvert has 25 mg of transresveratrol? plus 100 mg of Quercetin.

You may not believe this, but we are standing on the verge of that leap right now.

Here is why --

Let us say you?ve been knocked down by a heart attack and it has left you with some damaged heart muscle as most heart attacks do.

You really only have a few options available to encourage the re-oxygenation and repair of damaged tissue; your doctor usually picks cardiac bypass to get it done --

unfortunately in about 20 percent of cases blood flow cannot be adequately restored to damaged regions of the heart.

So what happens -- out of the blue comes --

A groundbreaking report in the Journal of Molecular and Cellular Cardiology?

in November 2005 revealing this astonishing news --.

Following induced heart attacks, rats were given the human equivalent of 70 mg of oral resveratrol



004174

this resveratrol group--treated with resveratrol and resveratrol like molecules experienced the formation of new blood vessels improving blood flow, which intensified the repair to the damaged heart.

There is more -- resveratrol also provides additional cardiovascular protection against oxidative cell injury and reduces damage to cells from electrophilic activity; the stress of attracting and acquiring electrons.

Now for the important information I promised. I want you to remember this word: TRUST

The label does not tell you.

One hundred milligrams of pure resveratrol would cost as much as your car payment plus a months worth of gas.

Do you think it misleads consumers into thinking the product provides 100 milligrams of reseveratrol?

We do --

We?re still #1 because we sell only LAB CERTIFIED RESVERT--.

It is guaranteed to have 25 mg of transresveratrol -- look at our label -- we spell it out for you.

Is resveratrol the elixer of life: a wonder drug that promotes youth, slimness and sexual allure at the same time as protecting against heart disease and cancer?

Well, there are many in the pharmaceutical industry who think they have found the holy grail?a single compound to counter lifestyle illnesses and improve sex appeal.

But don?t just take our word for it, find out for yourself!

Join the thousands of Young Again clients who have decided to extend their lives with Resvert-- the purest, most potent resveratrol extract available today --

but keep in mind demand has been brisk and our supply is limited.

Now is the best time to visit youngagain.com Click on Resvert and while you are there, be sure to take advantage of our Buy 2 Get 1 Free! Policy.

Or, give us a call at 877.205.0040 and we will be glad to take your order.

It?s easy to see why we feel so strongly that it should be part of your nutritional intake.

Even with all this, I was ready to go down the rabbit hole one more time to see if there was another extraordinary benefit I may have overlooked.

Well, it wasn?t long before I had my answe--

all the scanning, and book marking finally paid off when I discovered these two pieces of jaw-dropping research --



How Resveratrol Gently Kills Cancer.                    004175

- I was stunned!

Here in front of me was clear concise research published in the Federation Of American Societies for Experimental Biology Journal in 2003

and another in the Journal Of Medicinal Chemistry 48, 2005☐Here is what they said --

It is now possible to control cancer treatment-induced side effects! -- Feeling the effects of aging?

You and everyone else on the planet over the age of 30. That?s why this news about Resveratrol may interest you.

Studies have shown it has a wondrous ability to activate a cells survival defense enzyme, which prolongs the time cells have to repair broken DNA -- slowing down the aging process.

*If there is such a thing as a true antiaging molecule, I would expect the sort of findings we have had with resveratrol. According to a leading molecular geneticist from Harvard University*

Even better, tests are showing that resveratrol can help body cells to repair themselves and?a potentially huge selling point?speed up fat-burning within the cells.

Perhaps a pill to stay young and slim is just around the corner.

*We got very excited about resveratrol and we still are, said Louise Donnelly, a researcher at the National Heart and Lung Institute in London, whose work has been sponsored by drug giant Pfizer*

You should be excited too because we have beat them to it.

That?s right! - Every outstanding health benefit from this all-natural nutrient is available to you - right now, in an easy to take form that delivers a measured amount of resveratrol quickly.

That really is something to cheer about because now?

You do not have to drink 20 glasses of wine?

to get an adequate amount of this remarkable compound.

powerful antioxidant proven to be effective in preventing prostate cancer and providing relief to the prostate and joints.

And there?s more -- do you suffer from high blood pressure?

If you do you will be glad to know we?ve added 100 mg of proanthocyanadins, a remarkable group of polyphenolic compounds that effectively lower LDL cholesterol and demonstrate an ability to strengthen the walls of blood vessels.

Plus, these compounds are tenacious free radical scavengers that possess an incredible anti-oxidant effect 50 times that of Vitamin E and 20 times more powerful than Vitamin C.

Truly Resvert is in a class by itself -- but it?s no accident --



Are you getting your moneys worth?                                    004178

   Today more than ever you need to make sure you are getting the proper amount that is indicated on the label. This is so critical I want to take a minute to show you what to look for --

   but before I do, this astonishing experiment may interest you?

Resveratrol repairs and regenerates cardiac tissues.

   Can you name the No.1 killer in this country? The answer of course is heart disease. And if you?ve had a heart attack, you know first hand that things are rarely ever the same.

   Rebuilding damaged tissue without surgery would, without a doubt, be a major leap forward, right?

   If you cannot trust the contents of the bottle, then what do you really have?

   How is it possible to buy with confidence if you cannot trust the vendor?

   Our business is based on trust?people have trusted Young Again Nutrients for verified?and in many cases Lab Certified contents?for many years. We have earned that trust because we are committed to you, the customer. We tell it like it is -- and back it up.

   Here?s what you should look for?

   Many, many new resveratrol products have arrived on the market in the past months --

   Often their claims are breathtaking, so you have to ask yourself: Where?s the science? Where?s the independent proof? With claims like -- Effective Against Every Disease and Ailment Facing Mankind we recommend a cautious, dubious approach.

   Even more troubling; manufacturers are cutting corners and producing misleading labels to exaggerate their advertising claims

   Take a close look at this label for example; exactly how much resveratrol is provided? One hundred milligrams of resveratrol extract provides how much resveratrol?



**Supplement Fac...**
Serving Size: 1 Capsule
Servings per container: 30

| Amount per servin... |
| --- |
| Red Wine Extract (Provinols™) |
| Resveratrol Extract |
| ** Daily Value (DV) not establis... |

Other Ingredients: Colloidal ...
Dioxide, Microcrystalline Ce...
Magnesium Stearate, Gela...

   That?s all it takes to start realizing the wonderful benefits of this truly remarkable chemical.



**To your good health,**

004177

**Young Again Nutrients**

If you no longer wish to receive these emails, please reply to this message with "Unsubscribe" in the subject line or simply click on the following link: Unsubscribe

**Click here to forward this email to a friend**

Young Again Nutrients
P.O. Box 8234
Spring, Texas 77387-8234

Case 07-03019   Document 224-7   Filed in TXSB on 07/07/08   Page 13 of 13

**Date:** Wed, 18 Jul 2007 21:33:29 -0700
**From:** Marc <marc17@cox.net>
**To:** info@youngagainproducts.com
**Subject:** FW: Progesterone - Men Need it Too!

004143

Roger, are these guys affiliated with you in any way?  Some of the vitamin
recipes are identical to yours, such as their "Healthy Cholesterol", and
your "Better Cholesterol".!


From: Longevity News [mailto:᠁᠁᠁᠁᠁᠁᠁᠁]
Sent: Wednesday, July 18, 2007 1:50 PM
To: marc17@cox.net
Subject: Progesterone - Men Need it Too!


(Mailing list information, including unsubscription instructions, is located
at the end of this message.)

 <http://www.longevitynews.com/> www.LongevityNews.com    We are here for
you!

        We're different! Let us make a difference to your health and
longevity.


Progesterone is essential for male prostate health and to balance increasing
levels of estrogen. Progesterone can be thought of as a hormonal balancer,
particularly of estrogens. It enhances the beneficial effect of estrogens
while preventing the problems associated with estrogen excess. Progesterone
also helps create a balance of all other steroids. It also has intrinsic
calming and diuretic properties. It is important in women, but its
importance in men for the maintenance of prostate health is only now being
appreciated.

Men and women have exactly the same hormones only in differing amounts.
Women have testosterone, androstenedione and even a prostate specific
antigen (PSA). Men have estriol, estrone, estradiol, progesterone, luteining
hormone (LH) and follicle stimulating hormone (FSH). As men age, their
levels of estrogen rise, especially the two most dangerous and potent
estrogens- estrone and estradiol. A man over 50 literally has more estrogen
than his postmenopausal wife! It is finally becoming clear that this excess
of estrogen in aging men is responsible for a variety of problems such as
adiposity, breast development, many cancers, prostate problems, baldness and
other problems that come with advanced age.

The prostate actually has progesterone receptors and to have a healthy
prostate gland the receptors must have enough blood progesterone constantly
to keep them filled. Studies on laboratory animals have actually reduced the
weights of their prostates just by giving them natural progesterone. As
estrogen levels rise in men, there is no parallel rise in progesterone. What
is the most potent antagonist to estrogen? Progesterone. It is progesterone
that inhibits those harmful effects of too much estrogen more than anything
else. Thus, the need for natural progesterone supplementation.

Help for inhibiting hair loss? We've all heard of 5-alpha reductase and how
this is what turns vital testosterone into unwanted dihydrotestosterone