Subj:      **acetyl-l-carnitine**
Date:      12/31/2004 3:32:49 PM US Mountain Standard Time
From:      Yap1993
To:        VFPltts

hi vicki,

it's important you understand this business fully.

i just found out we pay less than $5.00 for 60 capsules of acetyl-l-carnitine but sell it for $14.95.  that is 24.9 cents each. i was about to write you and scream that i asked you to lower the price. then i remembered what everyone else is charging.

bozo wants $38.95 for 90 which equals $25.96 for 60. that is 43.3 cents each.

Puritan's wants $25.89 for HALF that amount. it is true that if you buy 2 you get three free.

so, if you want to pay $51.78 you get 300 X 250 mg which equals 150 X 500 mg. that is still 34.5 cents each.

we would be fools to charge any less. look at the profit we're making on this!

the life extension price is so high it's not worth mentioning.

goodnight,

roger

Subj:    **a whole new direction**
Date:    12/22/2004 11:54:48 AM US Mountain Standard Time
From:    Yap1993
To:      VFPItts

hi vicki,
you noticed the search engines just weren't working out and are very expensive.
my friend avvy put me in touch with diane. diane does this for a living for one of the biggest mail order firms in the world called amerimart.
this is what karma does for you.
diane is away for christmas and probably won't be back until monday.
we can buy most any mailing list for maybe 50 cents a name. that means berkeley wellness letter, dr. mercola, dr. williams, harvard health letter, dr. sears or whoever.
if you were old, not on the internet, paying too much for supplements and got a price list from us, what would you do? you're on social insecurity, counting pennies, trying to get off drugs, sucking off the government, etc. you'd buy from us at the lowest prices in the world.
we can do a test and buy, say, 5,000 names for $2,500. this would probably be on a CD format where you could print out the names on labels and affix them. if this works we can do anything we want. emphasis on "anything".
we've already agreed that we don't want this to get too big. i would like to send the weekly newsletter to a million people a week, but that is another matter. bozo is miserable with shitbag employees, endless headaches, sleepless nights, overwhelming stress and all the rest of it.
i would still like to send the newsletter to a million people a week, but we'll worry about that later. meanwhile if we just double the customers or quadruple them your family and alex will all have jobs and be affluent. bottom line- we have the cheapest prices in the world and are the only ones telling people the truth. we are not looking at the great unwashed masses of lemmings at all, but rather higher minded people who take responsibility for their lives and their health. people who are not looking for Magic Supplements.
roger
o.k. i'm on guarana today.



Subj:     **Re: evening in myrtle beach**
Date:     12/19/2004
To:       Yap1993

Hi Roger,
You're welcome for the Christmas present. Just a little something to express appreciation for you and Ivey.
I don't want to be like Bozo either. There is a point where it goes beyond living and/or freedom.
Top-pile has been paid a starter fee and the ads on google etc. will be going any day now (I think the holidays slowed down getting them started). I'll give them more money as needed to keep the ads up and going. The work that Metamend does will be hammering us an established spot in the actual search engines. Our entire site content will be submitted monthly and work done to make it more and more visible. Without this, all the advertising is non-permanent. Once you quit paying, you fade from view. The ads are more immediate, but don't establish a search foundation. So, I am doing both. I can add ads on yahoo sites - either putting them in myself or working through Metamend - and will do this after the foundation work is done with Metamend.
As the site gets more busy I can have James and Will, Becky and Alex help me more and more. Of course they would rather do this than be a produce clerk in the grocery, selling tools or timeshares (or whatever) – but it's important that they have been responsible for finding their own jobs and seeing what it is to earn money, etc., and not just have Mom give them something. And, at this point I don't have more work than I can handle- although the kids all help me some. So, I am trying to balance all of these factors.
I am not at all concerned as I know it is going to work out fine.
Becky wrote you a thank you. It's in the box to be mailed, along with the 46 cites that Will did.
I see you are up.
Good morning!
Vicki

Yap1993 writes:

> hi vicki,
> ivey said you sent us a christmas present!
> thank you very much and next saturday we'll see what it is.
> that was very nice of you. i won't go on about how that wasn't necessary.
> i just want you to double this business and then double it again. no, i don't want to be like bozo pulling in 5 million a year with a dozen
> employees and all that insanity. that isn't happiness. you are on the edge of giving away money like we do, rather than wanting more of it.
> vicki, i don't remember becky writing about the t-shirts we got her. or am i just forgetful?
> i thought that would register with her since her own father abandoned her. one parent children can be very emotionally flat purely out of self
> defense. perfectly understandable.
> this will all be over tomorrow. this morning was great and i walked five miles. now the bed looks pretty good.
> goodnight,
> roger

Subj:     **court in less than 6 weeks**
Date:     12/16/2004 7:51:07 AM US Mountain Standard Time
From:     Yap1993
To:       VFPltts

hi vicki,
i'm on a four day fast.
if you fast one day a week you fast almost two months a year. if you do the two day fast every month you fast for more than two months a year.
we go to MD federal court on january 28 where bozo may have to pay almost $150,000 in fines for criminal contempt. this is the FOURTH time and if judge titus is fed up (he should have been fed up the second time) we come home with the equivalent of four new corvettes or a new ferrari high-end model at his expense. marcella is having a heart attack over this as she has to sign every check. you know she owns the company and john is a mere office manager who doesn't even get a paycheck. the IRS is really stupid and they don't know how to deal with tax fraud at all. they've never seen this trick before since john is the first person is history to even think of it. john is the most brilliant legal mind in the western world.
just ask him.
roger
p.s. we're really not going to buy the ferrari- or the four corvettes.



Subj:     **we're not anywhere**
Date:     12/12/2004 6:30:56 PM US Mountain Standard Time
From:     Yap1993
To:       VFPitts

hi vicki,
i'm typing in key words like DIM, CoQ10 cream, beta glucan, etc. into google and getting nothing. not one mention of youngagainproducts.com.
of course bozo is number one always every time no matter how much it costs him and no matter how much money he loses being listed as number one.
i just can't imagine what horrible trauma happened to him as a child to make him like this.
roger





Subj:   **Better Cholesterol Price**
Date:   12/10/2004 6:58:15 AM US Mountain Standard Time
From:   Yap1993
To:   VFPltts

hi vicki,
at least lower this to $14.95. i think bozo took out the expensive beta glucan, put cheap chromium in there, called it healthy cholesterol and charges $29.95 or something like that.
and please put NEW LOWER PRICE. even if it costs $5.00 to make that is great profit and we're cheaper than anyone on earth.
the new DIM price is amazing. puritan's pride wants $30 for what we get $10 for and they were the low price leader in the world. 100 mg DIM $15 a bottle. and people won't order some of their products from them and some from us- they'll give us their entire order and tell their friends.
we sell DIM to BAC for $6.00 wholesale. you'll be getting the BAC account once we settle this accounting for october and november and TNW.
thanks,
roger

Subj:     **Re: live from new york city, it's roger.....**
Date:     12/1/2004
To:       Yap1993

Hi,
Yes. we have www.getyoungagain.com registered for one year.
beyoungagain is sooo valuable they don't have a website.
Thanks,
Vicki


Yap1993 writes:

> hi vicki,
> remember you were a big help in all this.
> do we have www.getyoungagain.com registered to us as well for later possible use?
> www.beyoungagain.com is owned by someone who thinks it is worth gold.
> next year we'll get www.youngagain.com back from bozo and he'll go to prison.
> roger





Subj:     **CoQ10**
Date:     11/29/2004 9:29:15 AM US Mountain Standard Time
From:     Yap1993
To:       VFPItts

hi vicki,
i believe bactolac sent you 250 CoQ10s.
please do NOT get any from Sam's Club until we run low obviously.
i'm a little overexcited about this because of the price. CoQ10 used to be even MORE expensive and the best you
could buy was 30 mg ten years ago due to the price.
puritan's has two for one beta carotene 10,000 IU X 100 (not 60) so you get TWO bottles (200 softgels) for $5.35.
we can't compete with that. it would cost us that much to make a bottle of 100 softgels.
you are getting taurine, TMG, and GermanZyme. i'll call bactolac now.
roger

today's meditation: as soon as you double the customer list by getting those 50 key words on the search engines
we'll be bringing it about $20,000 a month of which about $10,000 will be profit. you get half the profits so you'll be
making $60,000 a year. that leaves $40,000 after taxes basically.
vicki, ivey and i live off about that much. we only spend about $40,000 a year including cruises and cars and
everything else. of course we own the house. a housing crash is coming. just rent a bigger house in a better
neighborhood soon and wait for the crash. in about five years you should be able to buy any house you want for a
quarter on the dollar at today's prices. you have one third of your life left to live.
now please medicate on SEARCH ENGINES. if bozo can do it, you can do it.

Subj:      **Re: bozo's newsletter**
Date:      **11/27/2004 11:03:19 AM US Mountain Standard Time**
From:      Yap1993
To:        VFPItts

hi vicki,
we can't touch his customer list. but when he goes to jail the IRS will seize everything. i will be at the federal marshal's sale to buy the computers. also when he goes out of business we will get www.youngagain.com plus all rights to the name Young Again. etc. etc. etc.
meanwhile he has spent millions of dollars pushing my trademarks and now we can take advantage of that on the search engines.
roger
now that he has no newsletter people will unsubscribe by the billions as everyone hates ads. many people have said they cannot get off his list. this is the kind of person he is.





| | |
|---|---|
| Subj: | **yap, yap, yap.....** |
| Date: | 11/25/2004 1:27:44 PM US Mountain Standard Time |
| From: | Yap1993 |
| To: | VFPitts |

hi vicki,

the real reason i've been ranting so much about getting on the search engines (other than you not responding to all this ranting) is so the customer base will double, the profits will double and monetary concerns will be a thing of the past for you.

once you have no more concern about money you only have one child left to raise and she is 14 and basically taking care of herself for the most part.

soon you will rent a new house. soon you will buy a newer car (the best buys are always 2-3 year old cars). soon you can eat out in the restaurant of your choice. soon becky can buy what she wants in the mall. soon you and her can go on a vacation to wherever and whatever it is you have dreamed of.

then you can devote your entire time to TNW and YAPAZ and enjoying yourself.

i just want you to realize a few things. we can get nowhere without being on the major search engines. bozo's entire secret is this. he got out of jail about five years ago and knew zip about the internet. he taught himself. he was broke. now he is literally pulling in millions of dollars a year. of course he's an obsessive-compulsive functioning psychotic who lives, breathes and dreams about money. he is sickly, in his sixties and under extreme stress. he knows in the back of his mind he will soon go to prison for the rest of his life for MULTIPLE counts of tax fraud.

once we double the customer list and double the profits we can advertise all we want or just stay at $5,000 a month. you won't be happy if you have a dozen employees, a payroll, an accountant and all the other problems bozo has.

i want you to keep TNW as a niche market.

print ads are very expensive and return very little. yes, i'd love to do big ads in Vegetarian Times and other retail magazines, but you just don't get back anywhere near what you put into it. i will do this for idealism such as "stop CODEX" or "defeat S-722" and things like that but this is a completely different matter. the ads we're running in libertarian and patriotic, conservative publications just won't bring us in great business. the internet is the only way to go. i quoted you the price for Prevention magazine!!!!! and that could really be a huge loss of money. let's look into banner ads.

yes, ideally i'd love to send the newsletter out to 100,000 or more INTELLIGENT people and who cares how much they buy. people like dr. mercola has brain dead morons reading the letter. that's pretty obvious. remember that the best selling diet books in history were the dr. atkins series. there's a lesson there.

happy thanksgiving,

roger



Subj:     **Fwd: RE: 48 hours to go**
Date:     11/15/2004 4:46:46 PM US Mountain Standard Time
From:    Yap1993
To:      VFPltts

hi vicki,
please print this out and keep it.
roger
attachment


Return-Path: <tfreeman@erols.com>
Received: from  rly-yd05.mx.aol.com (rly-yd05.mail.aol.com [172.18.141.69]) by air-
yd02.mail.aol.com (v103.7) with ESMTP id MAILINYD23-2184198e580c6; Mon, 15 Nov 2004
12:21:28 -0500
Received: from  smtp02.mrf.mail.rcn.net (smtp02.mrf.mail.rcn.net [207.172.4.61]) by rly-
yd05.mx.aol.com (v103.7) with ESMTP id MAILRELAYINYD56-2184198e580c6; Mon, 15 Nov
2004 12:21:04 -0500
X-Info: This message was accepted for relay by
    smtp02.mrf.mail.rcn.net as the sender used SMTP authentication
X-Trace: 2W0V/1OPbuUqulu1Xy0bKyaU7McRzCn3vQoCuWvnHiuKpx2E6SMJzQ==
Received: from 34.muf11.wash.wswdc01r18.dsl.att.net ([12.103.11.34] helo=PCTOM)
    by smtp02.mrf.mail.rcn.net with asmtp (Exim 3.35 #7)
    id 1CTkXI-0006FW-00
    for Yap1993@aol.com; Mon, 15 Nov 2004 12:21:04 -0500
Reply-To: <tfreeman@erols.com>
From: "Thomas Freeman" <tfreeman@erols.com>
To: <Yap1993@aol.com>
Subject: RE: 48 hours to go
Date: Mon, 15 Nov 2004 12:12:58 -0500
Message-ID: <003701c4cb36$5d546120$6701a8c0@Freeman>
MIME-Version: 1.0
Content-Type: text/plain;
    charset="us-ascii"
Content-Transfer-Encoding: 7bit
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook, Build 10.0.3416
In-Reply-To: <713F697E.122CFBC7.001B0874@aol.com>
X-MimeOLE: Produced By Microsoft MimeOLE V5.50.4910.0300
Importance: Normal
X-AOL-IP: 207.172.4.61


Hi Guys,

Based on the Judge's ruling, we may re-file a new Contempt Motion on
Wednesday, November 17.  When your colleagues do their searches, make
sure the web pages show the date of the searches.  Also, John's sites
must come up in the SPONSOR RESULTS sections of the search engines.  The

organic search results are from stored memory (cached), and John has no
control over that and cannot get that cleaned up in 7 days.  Also, have
your people search the HTML codes of the www.youngagain,
:www.youngain2000, www.youngagaineurope, and www.supplementspot .  Please
note that the Judge has made no determination that John owns or controls
Avmazon, Mens Health Tech, or other affiliated sites, so violations
there won't help us in the Contempt Motion (although immediate lawsuits
against those companies is an option).


Thomas

-----Original Message-----
From: Yap1993@aol.com [mailto:Yap1993@aol.com]
Sent: Monday, November 15, 2004 8:33 AM
To: tfreeman@erols.com
Cc: vfpitts@aol.com
Subject: 48 hours to go


dear tom,
it is monday morning. is wednesday the cutoff date?
i just went to ONE search engine (alta vista) and found violations on
skin cure, germanzyme and better cholesterol in a few minutes. yes,
these lead right back to yan, yan europe, mens health tech, BEST HERBAL
SOLUTIONS (malcolm tuckey) aka www.t2tuu.com, healthy networks, and a
new one- againyoung.com which takes you to yan. please remember
youngagain.info (europe) is registered to marcella. now imagine if you
use the top 10 search engines for our 11 marks (we aren't bothering with
miracle cream, estrogen alternative or osteoporosis answer). please let
me know if wednesday is the cutoff date so vicki and alex can go to
work. thanks, roger
cc: vicki pitts


Subj:     **Fwd: Yesterday's hearing**
Date:     11/11/2004 10:07:42 AM US Mountain Standard Time
From:     Yap1993
To:       VFPltts

hi vicky,
here is the letter from our attorneys. please forward it to alex. this is a confidential document.
we can find violations next week and ruin bozo. again, we will pay both of you per hour.
t-shirts on isla margarita were pretty bad unfortunately. aruba tomorrow.
roger

Return-Path: <tfreeman@erols.com>
Received: from  rly-xa05.mx.aol.com (rly-xa05.mail.aol.com [172.20.64.41]) by air-xa02.mail.aol.com (v103.7)
with ESMTP id MAILINXA23-7041929072121; Wed, 10 Nov 2004 17:04:59 -0400
Received: from  smtp02.mrf.mail.rcn.net (smtp02.mrf.mail.rcn.net [207.172.4.61]) by rly-xa05.mx.aol.com (v103.7)
with ESMTP id MAILRELAYINXA52-7041929072121; Wed, 10 Nov 2004 17:04:34 -0500
X-Info: This message was accepted for relay by
    smtp02.mrf.mail.rcn.net as the sender used SMTP authentication
X-Trace: ZD3cUwVrHTYsk6dnpFHuAUiZ5B/czkyhjT2m8vg0f0pUSwRKf+xhkg==
Received: from 34.muf11.wash.wswdc01r18.dsl.att.net ([12.103.11.34] helo=PCTOM)
    by smtp02.mrf.mail.rcn.net with asmtp (Exim 3.35 #7)
    id 1CS0Zs-00022h-00; Wed, 10 Nov 2004 17:04:33 -0500
Reply-To: <tfreeman@erols.com>
From: "Thomas Freeman" <tfreeman@erols.com>
To: <Yap1993@aol.com>
Cc: <freemanlaw@erols.com>, '"Mark Freeman"' <mafreeman@erols.com>
Subject: Yesterday's hearing
Date: Wed, 10 Nov 2004 16:56:41 -0500
Message-ID: <00a501c4c770$2b9ef9c0$6701a8c0@Freeman>
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="----=_NextPart_000_00A6_01C4C746.42C8F1C0"
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook, Build 10.0.3416
X-MimeOLE: Produced By Microsoft MimeOLE V5.50.4910.0300
Importance: Normal
X-AOL-IP: 207.172.4.61


Hello from Maryland,

Sorry for not getting back sooner, but Mark and I have been in meetings all day on another matter, and
yesterday's hearing lasted all day.  We went straight from the courthouse.  Much of the hearing focused on
John's use of the marks on search engines such as Google and Yahoo.  Judge Titus spent considerable time on
his own computer doing keyword searches on each and every mark at issue in the case.  Judge Titus questioned
John directly about his purchase of the words "Better Prostate" in the Yahoo and Google bid process, and John
attempted to skirt the issue by stating that he was purchasing the word "prostate" and all combinations of words
that go with prostate, and that he was doing the same thing with the generic terms in YAP's other marks.  This did
not go too far with the Judge, because the Judge decided to perform a search using just "prostate" right in the
courtroom, and sure enough, John didn't come up in the search results.  The Judge also established that while
John consistently came up as the 1st or 2nd sponsor result when searching YAP's marks, such as "Fat Absorb",
"Total Mineral", "Better Prostate", "Arthritis Arsenal", etc, John would not come up at all if he did a search using
just "absorb" or "mineral" or "fat".  The Judge kept printing these search results and passing them out as court
exhibits during the hearing (it was rather comical).  Needless to say, John again came across as anything but a
credible witness.  This was probably best evidenced when John and his counsel unequivocally stated on the
record that NONE of the YAP marks exist in John's metatags and invisible HTML code.  During break, Mark and I
contacted our experts who were able to actually pull up the HTML codes on John's websites.  Our expert also
gave us detailed directions to allow the Judge to pull up the codes right in the courtroom.  We had the



HTML codes faxed over to the Court (showing "fat absorb", "Arthritis Free", and "Skin Cure" in the HTML coding), and after lunch, Mark launched into a cross-exam to corner John on the issue. I provided direction to Judge Titus to look up John's HTML codes and sure enough, the Judge confirmed for himself that John still had YAP marks buried in his HTML codes. WAY TO GO JOHN!

Laubscher charged back that the original motion filed in September did not concern the matter of HTML codes or search engines, but concerned alleged violations of articles, trademarks and Roger Mason's name and likeness appearing on the site. Laubscher called John to the stand to testify that each and every item identified in our original motion and reply brief had been removed from the site. Laubscher then argued that he has had absolutely no opportunity to address or brief the issues regarding matatags, coding, and search engines and that this hearing was the first time he was placed on notice of these matters.

Judge Titus acknowledged that John's sites www.youngagain.com, www.youngagain2000.com, www.youngagain.eu, etc. no longer contain any YAP marks, articles, books, or references to Roger Mason. Judge Titus also accepted John's testimony that he had removed every infringing reference mentioned in our papers to the Court. However, Judge Titus was openly troubled by John's testimony and his apparent ongoing efforts to violate both the letter and spirit of the injunction through use of the marks in other ways – through metatags and purchase of search terms on Yahoo, Google, etc. Judge Titus understood completely our problem that every time "we push in one bubble, another bubble appears". Juidge Titus further mentioned John's email notice sent earlier this summer and acknowledged that it was woefully deficient. The Judge was not to happy with John because he was required to intervene at that point. (In other words, he was telling John that our 1st Motion regarding the Consent Injunction (John's egregious email) was John's 1st bite at the apple and that the second motion regarding the Consent Injunction (the one argued yesterday) was John's 2nd bite at the apple)

Consequently, Judge Titus stated in no uncertain terms that John's use of the marks, articles, and books "ENDS NOW!" He ordered that John completely shut down his business of purchasing any of the enjoined marks on any search engine and completely clean out all of his HTML codes. The Court gave John 7 days to accomplish this task (in other words, John's third bite at the apple), and if John fails to stop using the search engines or HTML code in violation of the injunction, he would see John back in his court to face, in the Judge's own words, "VERY SERIOUS CIVIL SANCTIONS".

The Judge made very clear his displeasure with John's conduct to date. Judge Titus' words to John and his counsel were direct and to the point. John is on his last leg with this Judge. Notably, Judge Titus asked us if YAP has experienced financial loss as a result of John's actions, to which Mark responded in the affirmative, recognizing that the calculation of damages was a matter for experts at the trial on this matter. Judge Titus acknowledged this response. Of course, this is significant because it confirms that the Judge will be fully expecting these damage claims to be an aspect of our damages at the trial.

Given Judge Titus' comments and Orders from the Bench, it appears that he has been careful to build a record for the Court (and any possible appeals court) to insulate himself from a reversal prior to issuing sanctions, which he has indicated WILL be forthcoming should John not fully comply with the Judge's directions yesterday.

On a side note, John and his counsel looked very solemn on their exit from the courthouse, as if they just had their "arses" handed to them. Also, Mark did an amazing job on his cross-exam of Mr. Acord. There is no doubt in my mind that Mr. Laubscher has now seen first hand what he will be facing from Judge Titus, you, and us if this case should go to trial.

Also, we took a moment at the beginning of the hearing to inform the Judge that you were out of the county and that you regret your inability to attend, but that the only reason you were absent was because you agreed to move the date of the hearing as a courtesy to John's counsel and that you insisted that we go forward on the Judge's first available date even if it means that you could not attend. The Judge appreciated this.

Lastly, it is very important that we discuss with you the appropriate way to wind up the affairs of Young Again Internet, including an appropriate legal response to Sam. We will make this a first order of business upon your return.

Enjoy the rest of your vacation.

Best regards,

Thomas R. Freeman, Esq.
Freeman & Freeman, P.C.
One Church Street, Suite 200
Rockville, MD 20850

Subj:   **the hearing on tuesday**
Date:   11/11/2004 5:26:03 AM US Mountain Standard Tir···
From:
To:

dear vicky.

while the judge did not award us damages he was VERY upset with john and caught him in multiple lies as usual. he told him to stop using our trademarks as search words on the engines. he has 7 days until the 16th to do this or he will be fined over $100,000. on the 17th (we'll verify this) everything must be gone.

john won't do this completely. i would like you and alex to please search on the 17th for all our trademarks on all the top 12 search engines. he won't be able to remove the search words but he must remove the RESULT. so if you hit "FatAbsorb" on yahoo.com you should get "this page expired" or "this page cannot be displayed", etc.

we will pay both of you to do this. please keep hours and use as many as you need. we'll send a list of trademarks before then but you know most of them.

Beta Prostate, Better Prostate, FatAbsorb, Vein Free, Total Minerals, Better Cholesterol, Skin Cure, Arthritis Free, Arthritis Arsenal, etc.

john is a functioning psychotic and very confused and disorganized. in a year and a half he has never done what he is supposed to and he won't do it now.

we're on isla margarita now. you can't go to venezuala (caracas) for the last two years because of the political instability. can't go to colombia either.

bye,
roger

please forward this to alex.

| Subj: | **Re: creams and business and metamend** |
|---|---|
| Date: | 11/5/2004 8:02:15 PM US Mountain Standard Time |
| From: | Yap1993 |
| To: | VFPItts |

we have lots of Hair Again. if it sells we'll make some more. it is the only cold mix and an idiot could make it.
i found someone to do the progesterone creams out of emergency.
i'm just getting so many "signs" to drop the creams. it has been 11 years of misery there.
anyone can make capsules and tablets.
our attorneys are writing sam a letter dissolve YAI. we stopped talking to him. he sent me a letter he didn't copy you on. he's REALLY desperate. i wrote his father telling him the truth.
his father knows his kids are no good. he's no good either.
ivey just told me they owe us $20,000 for products in addition to the $27,000 investment.
and they want MORE money to "buy them out"?????
it's hard to comprehend.
o.k., we sent metamend three grand. now what? we don't have any search engines. you haven't worked on the key words. where do the search engines come in? and what are they going to cost if we're putting $3,000 into "optimizing them". you know i don't understand these things. you tell me what's what and we'll do it. bozo got his success from search engines. now i learn from his depositions he's gone crazy. he outbids EVERYBODY every day to get top placement for every single word no matter how much he pays. he "has to be first" to make up for whatever happened to him when he was growing up.
of course you can't compete against someone who is insane. BUT he is losing money by overadvertising. he is putting far, far too much into search engine placement. i found out he didn't even file his income taxes for the last two years and is pulling in all these millions.
i didn't think he was that stupid, but he is. i thought he was just under reporting, but he isn't even filing. when he goes to jail they take all his computers, records, stock and everything else.
then the entire Internet is ours with Young Again and all those people.
roger

Subj:    **robert meltzer will call you tomorrow**
Date:    11/3/2004 5:48:45 PM US Mountain Standard Time
From:    Yap1993
To:      VFPItts

hi vicki,
robert is 89 and has a prostate problem.
he will call you tomorrow. please sell him two bottles of everything:
beta glucan, coq10, lipoic acid, nac, ps, alc, vitamins d and e, total minerals, acidophilus, isoflavones,
quercitin,dim, glucosamine, as well as curcumin, milk thistle, ellagic acid aloe vera, green tea, fos, and l-
glutamine. add pregnenolone, dhea and melatonin. also add two hormone kits- one for his wife and one for him.
throw in every single book and tell him that.
thanks,
roger
his number is 305-535-1234 if you need it.
i wouldn't do this, but he is 89 and not hitting on all 8 cylinders.

| | |
|---|---|
| Subj: | **Re: came thru** |
| Date: | 11/1/2004 1:31:31 PM US Mountain Standard Time |
| From: | Yap1993 |
| To: | VFPitts |

thanks for the references.

i just got early 2004.

i'm sure the indexes i go thru have everything. it's best that i xerox them and go thru the tens of thousands by hand so as not to miss anything.

i'm not trying to push you, but we have to get the price lists mailed out to everyone even if we do it in steps like 100 at a time or whatever.

then we have to start working on the key words, search engines and metamend.

the print ads i'm doing are just not going to get us many customers and definitely not on a per dollar basis at all. we're going to follow bozo's example and use search engines for success. yes, he did some print ads, but they never amounted to anything. you have seen that he is an egomaniac and will spend millions of dollars on search engine placement and outbid everyone and list himself six times on the same page so he "can be first". if he was any more pathological he would be institutionalized. he is on thin ice as he is. at the last depostion he looks like a walking corpse at 63(?). the stress is killing him. he knows he is going back to jail, but he hasn't figure out this will be the last and final time. his brother died years ago of poor health.

when will james or will mail the cites by priority mail?

you're not voting for nader tomorrow are you? you were vague about this except saying it wouldn't be a republicrat.

vicki, a new life has started for you and becky.

roger

| | |
|---|---|
| Subj: | **Re: business is good** |
| Date: | 10/31/2004 9:10:07 PM US Mountain Standard Time |
| From: | Yap1993 |
| To: | VFPltts |

dear vicki,

isn't this great? if you try to keep costs to a minimum i promised you half the profits for the time being. that should be pretty good.

please work on the key words i sent you, call metamend, decide which search engines you want to be on and what words we will use. i'll send the check. please pay alex his $12 an hour and keep an account. please just keep records of everything.

how long do you want to keep working on your job?

you know there are companies that place your key words in the top search engines. is that what we're going to do? this is how bozo did it basically.

isn't this great? now imagine how it's going to be when we merely double our customers.

goodnight,

roger

i was going to ask you what you're doing up this late but it's probably only 9:00 PM there.



Subj:    **Re: creams**
Date:    10/30/2004
To:      Yap1993

Hi,
Well, the biggest thing is the progesterone cream.
I don't know that the rest is worth getting stressed over. Although I hate to see the Hair Again go to the wayside, and well- the Miracle Cream too.
Roger, I hate to ask, but what is the Hair Again gel supposed to look like? And, someone asked me how long you should leave it on your scalp for it to be effective.
In the past two weeks, I have taken 60 YAPAZ orders - taking in over $6000- before subtracting for postage. I have been swamped! There's 10 orders that I have to finish packing up and take to the post office tonight. There's been lots of phone calls and emails back and forth about situations from NJ. I am not complaining and I haven't meant to be secretive about it. I haven't had time to go to the bank, but will go Monday morning. I can get the signature cards then and send them along with the cites, full texts and labels that I have done.
Vicki


Yap1993 writes:

    hi vicki,
    of course i'm very unhappy about this.and i know creams are a big part of TNW.
    we have spent 11 years now going thru cream makers. i'll get the progesterone cream made since we sell it on radio. every maker is a total moron. the moron i'm dealing with in CA (joe) talks endlessly and produces almost nothing. the last guy made 1) bad progesterone 2) bad vitamin D and 3) bad skin aid. we had to pay the bill as it wasn't worth suing him.
    we paid the bill for bad creams plus all the bad customer relations who got bad creams.
    i'm just sick of it. yes, if i could get the retinol i'd make the others by hand no matter how much time and effort it takes to get them started. i'm just fed up with broken promised by joe and would rather drop the whole thing. bozo still has some queer in TX make his probably and the guy is completely nuts. of course, bozo doesn't care what he sells.
    why haven't you answered all the other e-mails from me especially about the account and the check cards.etc? you haven't told me anything about business. how much are we taking in? how man orders?
    roger



| Subj: | **testing** |
| --- | --- |
| Date: | 10/25/2004 8:31:50 PM US Mountain Standard Time |
| From: | Yap1993 |
| To: | VFPltts |

hi,

i went to the Pharmasan site and they don't test pregnenolone and claim they will soon offer a thyroid saliva test for T3 and T4.

NeuroScience refuses to list themselves on google. that's how stupid they are.

one new lab wants $150 to test four hormones and very limited ones.

another new lab does useless URINE testing at very high prices for hormones.

YAN wants to be "first" on every search engine on every key word. get it? i have to be first all the time. no matter how much money i spend i have to be first. my childhood didn't go very well and my parents didn't love me, but i can be first on all the search engines even if it costs me millions of dollars a year to outbid everyone else. what a sick bastard.

on the 9th he may well have to cough up over $100,000. go to avmazon.com (sic) and you will see a site he clearly controls with my name, trademarks, articles, books, pictures and everything else all over it more than a year later. this alone should get him the $500 a day fine for six months since the consent order was signed. anyway, i don't like NeuroScience and we may just sell ZRT kits for now.

goodnight,

roger

a case of testosterone books was finally sent to you today. the cites were mailed to will on friday by priority mail and he may get them tomorrow.

**Subj:** **resveratrol**
**Date:** 10/21/2004 5:58:30 PM US Mountain Standard Time
**From:** Yap1993
**To:** VFPltts

hi vicki,
here is a resveratrol article. i do not criticize YAN, but merely state what they sell.
did you change my picture?
do we have resveratrol listed in our products list as useless?
please add resveratrol to the list of key words.
when people look up lycopene, chondroiting and such they will see our listing as,
"this doesn't work! come to our website to find out why."
goodnight,
roger
the cites were mailed to will today by priority mail.

*JUDy Patterson*

*012 664 3914*
*alan .*
*zen Macrobiot*

Subj:      **Re: next week is our week! - The cites are on the way.**
Date:      10/10/2004
To:        Yap1993

Hi,
Thanks.
We have a lot to do, and as I have more time, I will be able to do more and more.
Sci Finder is now working well on my computer. The cites went in the mail today (Sunday) and are going Priority
Mail. You should certainly have them by the 15th! Will marked any that have the full text available on scifinder-
with a yellow highlight mark in the upper corner. So, if you need any of these, let us know.
I have to resist the urge to keep and read these – some interesting stuff.
This week should be interesting.
Vicki

Yap1993 writes:

dear vicki,
your ideas are good. fall is here and a nice offer for $9.95 Beta Glucan would do well.
on saturday the 16th we are going to Expo East in DC. if you can get those cites back to me by the 15th i would appreciate it IF james can
do it without a problem. it is a six hour drive to DC and ivey drives while i do research generally (and have a cup of coffee). it is a six hour
drive back. we get to go to NIH which is THE biggest med library in the world and i can pick my own volumes going back 100 years in some
cases.
this won't be put off again and s and s will be deposed next week. if not we are going to pull the rug anyway as we can't wait any longer.
john deposed them, NOT us and he really upset them and their whole family. it is pointless but john is insane and has no idea what he's
doing. he honestly thinks he's the brightest legal mind in the western world. he's pitiful but i won't feel sorry for him while he spends the rest
of his life in federal prison.
i'm going to order the retinol base and make the creams by hand if i have to.
roger

Subj:    **Re: next week it's all going to change**
Date:    10/8/2004
To:      Yap1993

Hi,
I've been in and out on visits and today I have to go get my mom out of the hospital and situated back home + return their dog who's been "vacationing" at mine...
I think people stay with Bozo as they are lazy and he makes it appear that he has some sort of wonderful deals. I hope S&S's thing isn't put off again.
I am happy about running the site, for a variety of reasons.
I would like to send people a price list and an order form. I also was thinking that I would like to offer something as a come-back, especially to the people that I can see ordered when the site started, but then left and didn't order again. Maybe a coupon for 10% off, or maybe a product (such as the Beta Glucan that we have so many of) with their order. Oh, and speaking of Beta Glucan - I was thinking that now that the flu shots are being limited that it might make people think a little more about their immunity and thus it might be a good time to bring up Beta Glucan, again. Not that it prevents flu, but you know what I mean.
Anyway, I am going to go over the customer list and note *when* people ordered, so I can see who fell off.
The cites came. If I can't work out the computer glitch, Will will go to the UofA library and do them. They will be mailed to you next week, one way or the other.
Thanks,
Vicki


Yap1993 writes:

> hi, bozo wants $36 for 60 X 100 mg CoQ10 just so you'll know. actually, this is a lot better than most of his outrageous prices.
> i just can't understand why people will pay his extortionate prices when they can go to a variety of sites and get much better prices.
> the criminal contempt hearing has been changed to november 9, but the judge can rule ahead of time with no hearing at all. we always go to these, but will be on a cruise on that day. the judge despises him as he pegged him for a chronic liar within five minutes.
> next week s and s get deposed, we'll dump them and you take over the whole game.
> please work on getting all the envelopes addressed. we'll finalize the price list before printing it up. EVERYONE gets a price list mailed to them.
> i'm so happy about this and know you are, too. we'll never know what horrible stuff they were doing secretly. after a year of this foolishness it will be all over.
> i'm going to keep repeating i'll gladly put in $5,000 a month for search engine placement with you working with metamend on how to do this.
> goodnight.
> roger
> yes, i have 10 hormone kits to send you tomorrow.

Subj:      **we have the proof in our hands**
Date:      10/6/2004 5:03:58 PM US Mountain Standard Time
From:      Yap1993
To:        VFPItts

dear vicki,
we both knew this was going to happen when the order arrived. but, now we have the proof.
it's all over for them. you're right, they don't want a lot of other stuff coming out during depositions.
do you realize that there is at LEAST $60,000 a year in profits here just with the customers we have. that is a fine
salary for you and gets us our money back all in the first year. i'll still put in the $5,000 a month for search engine
placement. we're going to get new customers every month.
life is going to change for you and becky before christmas.
roger

Subj:     **Re: important and confidential**
Date:     10/6/2004
To:       Yap1993

Hi Roger,
Gee. why am I not surprised.
Honestly, I think they are scared to be deposed because they are going to be under oath and I think there is other shit that you don't know about and they don't want you to find out about. Maybe I am wrong, we'll see.
You don't have to pay me to promote the site.
I can't believe Bozo is into porn. Oh, and like he needs money. Well, if you can't suck it out of them selling them scam products, then suck it out of them by helping them sell their souls. My oldest never did like clowns. :)
Keep me posted.
Vicki

Yap1993 writes:

> dear vicki,
> our attorney got his order of a dozen products. ten said property of NJ and only two correctly said Young Again was owned by us. s and s are due for depostions next week and our attorney asked that we not pull the rug until after they are deposed. they have put this off once and are terrified of being deposed for some reason. probably indian stupidity more than anything. so, now we get rid of them completely and forever with cause.
> secondly, the federal courts are swamped with criminal cases as the supreme court may undo the fair sentencing act. people get far less time in state court so they are bringing them to federal court instead. it has been almost impossible to get a civil case before a judge. finally we did it and on november 1 we go to court for a third criminal contempt.
> we are hoping the judge will fine him the required $500 a day for all 200 days plus legal bills. the judge has surely never even seen someone so arrogant as bozo.
> one of our attorneys was in texas this week again deposing bozo and got more info. he now owns PORN SITES so he can make more money. what a sick bastard. he claims to be a rabidly religious catholic. none of them down there have been filing taxes until 2003 when the IRS made them file.
> you can go ahead and start doing the envelopes for all the people who are going to get our price list. i'll cover the cost of time. just go ahead and fill out all the envelopes and we'll fill and stamp them after we pull the rug on s and s. anyone who has ever contacted us and we have an address for. this is the start of a new life for you and becky.
> roger

| | |
|---|---|
| Subj: | **Fwd: Fw: Use Online Advertising to Improve Your Lead Generation from Roger** |
| Date: | 9/30/2004 7:49:37 AM US Mountain Standard Time |
| From: | Yap1993 |
| To: | VFPltts |

hi vicki,

i'm just forwarding this to you from don for your own interest.

i think we should talk to metamend and do some search engine placement.

i am also willing to do some magazine advertising if we can come up with more of such things as "Senate Bill S-207 Will Take Away Your Right to Supplements".

somehow we got, what?, 300 customers and $120,000 a year coming into YAI.

we can easily double that and there will be plenty of money at that point to do anything we want with search engine advertising.

you may not be thinking in these terms vicki, but you may want to get a certain amount of customers and stop. if you and your kids and alex are all working and having a good time and have plenty of money do you want to keep growing, hiring people, and all that? this is john's philosophy- always expand and it's never enough. this could be a lot simpler than we think. if we just DOUBLED our customers it would be a winner right there.

yes. i would like a large mailing list to send out the newsletters every week, but you simply don't need to be pulling in a million dollars a year, having employees, stress, headaches and all the rest. ivey and i stopped growing years ago except for this internet disaster. the idea there was to let john run his site and we would just sell our trademarks to him.

now you and i are working together to do it right and i'm happy.

meanwhile please don't give up on that banner ad.

roger

_____

Forwarded Message:

| | |
|---|---|
| Subj: | **Fw: Use Online Advertising to Improve Your Lead Generation** |
| Date: | 9/30/2004 7:09:22 AM US Mountain Standard Time |
| From: | ddarragh@choruscall.com |
| To: | Yap1993@aol.com |

*Sent from the Internet (Details)*

Roger,

Thought this might be of interest to you.

Regards,
Don
—— Original Message ——
**From:** ViewCentral, Inc.
**To:** ddarragh@choruscall.com
**Sent:** Wednesday, September 29, 2004 4:08 PM
**Subject:** Use Online Advertising to Improve Your Lead Generation

Dear Don,

## Use Online Advertising to Improve Your Lead Generation

Many companies are frustrated over SEO (Search Engine Optimization) and PPC (Pay Per Click) advertising to generate leads for their marketing events. Companies find that they don't really understand SEO and PPC. Companies spend tens of thousands of dollars on these types of lead generation campaigns and find that they can't measure results or worse yet, they don't generate meaningful results.

Join ViewCentral in this three-part series as we will look at the underlying technology in Google and how this leads to a new strategy for websites and lead generation programs based on SEO, PPC, and CRM (Customer Relation Management). To register or to learn more about each session, click here.

**When:**
Session 1:  Wednesday, October 6, 11 am PT
Session 2:  Wednesday, October 20, 11 am PT
Session 3:  Tuesday, November 16, 11 am PT

**Cost:** $249.00 for all 3 sessions; $99 for each session if purchased separately.  Cost includes the presentation, three whitepapers and a link to the recording of the presentation.

**Duration:**  1 hour each

To register or to learn more about each session, click here.

Please feel free to contact us if you have any questions.

Amy Maciejewski
650-934-8311
amaciejews@viewcentral.com

**What can ViewCentral do for you?**
ViewCentral solutions help customers streamline the management of their training and marketing events, whether in-person or Web-based, by automating the processes of scheduling, registration, invitations, reminders, attendee tracking, follow-up and reporting.  Our customers include blue-chip companies such as Xerox, Microsoft, MCI, T. Rowe Price, and McAfee. To learn more about how you too can realize a rapid return on your investment, reduce costs, and increase your training and marketing productivity, please visit us at: http://www.viewcentral.com.

You are subscribed as ddarragh@choruscall.com. To unsubscribe please click here.

http://www.gotmarketing.com/?testdrive_1

| | |
|---|---|
| **Subj:** | **Re: pregnenolone** |
| **Date:** | 9/28/2004 |
| **To:** | Yap1993 |
| **CC:** | YAPinAZ |

Hi,
Thanks, that makes sense on the pregnenolone.
It's a shame that S&S have to work. Would they have lost even more money hiring someone to do their job?
If you aren't working, what is the underlying support, basis and purpose of their site?
Vicki


Yap1993 writes:

> hi vicki,
> i ordered 50 mg scored pregnenolone tablets on purpose. women can buy them, snap them in half and get a FOUR month supply in a bottle. there is no reason to offer both 25 and 50 mg. bozo has no idea what he is doing and offers such stupidities as pregnenolone capsules and several different sizes and strengths of pregnenolone, none of which are necessary.
> sam may have offered both 25 and 50 mg but there is no need to. the simpler the better and this is the way to keep costs and work down.
> sam just called me. i keep explaining that if they try to keep that $18,000 they took we can't do any advertising and can't get new customers. he finally faxed some kind of accounting. they're losing money because of them taking salaries. "they do all the work" is their constant mantra.
> roger

Subj:       **Re: YAP in AZ**
Date:       9/27/2004 8:53:08 PM US Mountain Standard Time
From:       Yap1993
To:         VFPitts

hi vicki,
we'll split the profits for a while. i want you to buy YAP in AZ. we will make lots of money from our trademarks like
we did with john. we do very well just selling you trademarks like Better Cholesterol and Progesterone Cream
(even though it's not actually a trademark) and other such products. this way you do the work and you make the
money and we get a good profit for providing the "house authority" and articles, library, books, etc.
as you've figured out, i just want exposure on the net for my books and articles. these will be the cheapest
supplements in the world including Puritan's Pride.
please call dennie at work. he'll be glad to talk to you.
have you been calling his cell? i don't know why he won't answer.
roger

Subj:     **on monday morning in NC**
Date:     9/27/2004 6:02:09 AM US Mountain Standard Time
From:     Yap1993
To:       VFPltts

hi vicki,
i don't want an "ask roger" column as i'd spend 24 hours a day answering inane questions already answered in the books and articles.
bozo offered the free download books and i was never comfortable about that. don't give away things for free. give away a book with a PURCHASE as a bonus.
i don't think we need www.totalvitamins.com but maybe you think differently. i really don't think we need www.totalminerals.com but i really love that product.
please call todd hooge at metamend and see what he says.
also. please call dennie about the banner ad. that could be really simple.
is www.youngagainproducts.com operable and up and running and able to process credit cards and have the full NEW price list and everything else? we need to be ready to transfer those customers.
i know things in NJ are MUCH worse than we could ever imagine. they can't do the simplest things like fill orders correctly.
good morning,
roger

| | |
|---|---|
| Subj: | **Re: young again sites** |
| Date: | 9/27/2004 5:57:30 AM US Mountain Standard Time |
| From: | Yap1990 |
| To: | ronbar@telus.net |
| CC: | VFPItts |

hi ron,

i thought you were very clear we have had a weekly newsletter for more than a year now.

thank you for your suggestions.

PLEASE DON'T DISCUSS THIS WITH ANYONE.

we are not getting along with the people in nj as they are screwing up too much. terrible customer service, misfilled orders, no books with orders, can't fill international orders and all the rest.

i'm willing to put about $5,000 a month into metamend.

john in texas is on his way back to federal prison for the THIRD time for multiple counts of tax fraud. we have won every court hearing we've been to. we will get www.youngagain.com back either when the IRS hauls him away in chains or when we win in court next year. meanwhile we are going to cultivate www.youngagainproducts.com.

the people in NJ took a lot of money out of the business instead of putting it into advertising to get customers. they did not have permission to do this. it proves they are short sighted,

stupid and dishonest. we'll use www.getyoungagain.com to refer people to the new site and of course keep all the customers.

thanks for your help,

roger

cc: vicki



| | |
|---|---|
| Subj: | **over 25,000......** |
| Date: | 9/27/2004 5:44:43 AM US Mountain Standard Time |
| From: | Yap1993 |
| To: | VFPltts |

hi vicki,

remember i told you bozo in texas was an operant psychotic?

do you get his newsletter? you should. in this one he says, "over 25,000 men and women get their progesterone cream from YAN." he's delusional. he doesn't really have 150,000 e-mails on his mailing list either. many people don't open it and countless people have asked to get off and can't. he claims he has "more than 400 products" but you find he actually has about 200 and nearly all of them are listed twice or more! if you look at his price list you see the same things listed over and over but they're exactly the same. also he does really stupid stuff like offer too many sizes of things. his whole site is pandemonium.

you've noticed that from the beginning everything you and i have done has been working out. it started with "the natural woman" website being available. we're going to get rid of rasi and really take off. have a talk with your children and with alex and let them know things are getting better all the time.

roger

Subj:    **Re: labels and insurance**
Date:    9/27/2004
To:      Yap1993

Hi,
Yes, I will mail them. (there's only a few so far) In fact, I will try to get them out tomorrow.
I know nothing about what to do to get insurance, so you will have to tell me.
Oh, and I have tried at least a half dozen times to get through to the banner ad contact that Dennie gave me, but no contact today. Will try tomorrow am. I also have the Metamend guy to contact – but I am thinking that is only a few hundred dollars, not constant advertising.
Vicki

Yap1993 writes:

> hi vicki,
> since you can't e-mail me the labels please MAIL them to me for approval and advice.
> we have to make sure your labels are correct in every possible way. it really is pretty easy, but you have to do all the proper things- like warnings. then people can't sue you.
> by the way, we are going to have to get insurance for www.youngagainproducts.com.
> s and s were supposed to get insurance and never did. this is just one more thing to show what kind of people they are. rasi labs is heavily insured. bozo is above the law and doesn't need insurance because people of superior intellect aren't required to do the same things as the hoi polloi. we do not like paying for insurance, but we got it.
> roger



Subj:    **Re: please register www.totalminerals.com**
Date:   9/26/2004
To:     Yap1993
CC:    getyoungagain, YAPinAZ

Hi Roger,
Last night I registered:
www.totalminerals.com
www.totalminerals.info
www.totalvitamins.info (couldn't get .com)
www.hairagain.info (can't get .com) I was happy to see this available!

www.getyoungagain.com and www.youngagainproducts.com are registered through NameSecure with you as the registrant.
I think these may have been registered to Nani originally, but I am not positive. I think I changed them a while back?

When I registered last night (I didn't do it at NameSecure) it pretty much tied the information to the credit card. So, it has my information. There was a place where it asked about the business and I put Young Again Products, Inc. You have this in writing, right here, that I registered these for you and they are yours.

Isn't it a no-no, legally, to compound your trademarked products and sell them under a different name?

Vicki


Yap1993 writes:

dear vicki,
would you please register totalminerals.com. ron says i should do this. it's cheap and i really do like Total Minerals a lot. i really wish i could push this in the newspapers. we will promote it on the internet.
and please explain something to me. it seems nani registered all those names with name secure as his OWN property. am i right? what about www.youngagainproducts.com? is that in my name or his? and we will have to use www.getyoungagain.com for one year to refer people to youngagainproducts and ultimately we will have www.youngagain.com.
i know john and i know he is going back to prison anytime. he has committed more tax frauds than we can even imagine. he thinks he is above all laws and regulations and they do no apply to his superior intellect. he has an inferiority complex as deep as the grand canyon. when they arrest him they will take everything. they auction this off at a tax sale and i'll outbid everybody for the customer list. he will lose all the cases whether he goes to jail or not and we'll get www.youngagain.com but him going to jail will save a lot of time and money. he has been a professional conman for over 30 years now and the only reason he hasn't spend his entire life in jail is that you can often pay a fine for white collar financial crimes instead of go to jail.
meanwhile we have s and s to think about. we'll put an end to this. no accounting and misappropriating $18,000, poor customer service, and all the rest. we'll see if sam is still saying YA in the property of YAI. that will be the nail in the coffin.
roger

Subj:    **Re: thought for the day on saturday night**
Date:    9/25/2004 5:25:35 PM US Mountain Standard Time
From:    Yap1993
To:    VFPItts

hi,
this is important that you have EVERY person who has ever contacted us.
when they go to www.getyoungagain.com we would then send them to
www.youngagainproducts.com automatically.
s and s do NOT want to get into a court battle with us for a lot of reasons. they know we have cash (they don't).
are vicious, have the best civil attorneys in the d.c. area, and win every case we get involved in.
this is sounding better and better.
let's see what's on those labels when our attorney makes an order.
when you told me the DHEA was mislabeled i went balistic. i thought sam had more sense than that. guess he
doesn't.
the ultimate is to get the computers at the government auction six months after acord goes to jail for the rest of his
life. he has literally puts years of work and millions of dollars into those 150,000 (supposed) e-mail addresses. we
will get all our rights to Young Again back including www.youngagain.com in the near future. that is my ultimate
goal.
roger

Subj:    **Re: thursday morning**
Date:    9/23/2004
To:      Yap1993
CC:      alexlaponsie@hotmail.com

Hi Roger,

Well, if Sam were to hire Nani it would just throw the whole thing down the tubes that much faster. I got on this bandwagon because of the stuff that was wrong with the site and wasn't being fixed. I think he and Sam are in cahoots on the last thing — as Nani knows how he programmed the site, so he knows he set up the problem. To some degree I was just venting and not letting Sam walk on me with his dirty shoes. I don't think he liked uppity me- maybe that is why Suneetha answered and apologized. We'll see. Still no check.

On the international orders on that site — if Sam would have COMMUNICATED it would have made it a lot easier to sort out or even know if there was a problem. I mean, first it is "orders aren't getting approved" then it's "orders are getting kicked back" then it is dead silence.
I called Verisign (again) and spoke to one of their tech support people. The problem with the orders is that Nani programmed the settings such that *even if the card is approved*, unless there is both address verification (AVS) and security number verification (CVV2) the order does not go through. International cards *will not* pass both of these checks. The card and amount will get approved, but within the database- it won't pass the order information along. In looking at the order information in the database, this was done around December of last year - which is around the time Nani overrode and lost money on the Nigerian fraud thing. It's like Nani disabled the link between the credit card approvals and the order information relay.

For less than $20,000, Alex decompiled and corrected a bunch of errors and made changes in the database that should make the international orders go through. I am going to check Verisign daily and follow the next international order(s) that comes in and work with Alex to follow it through the database and see if it makes it to the order database. Of course, if Sam would like to send each of us a big bonus, that would be nice. :)

Mind you, S&S could have ALWAYS followed up on these approved orders, as the customer information and the information on what they ordered has *always* been in Verisign. I emailed them on this way earlier and that is when the "dead silence" began. They were just too lazy, amongst other things, to do this.

After Alex and I are sure that it is ironed out, I will email Sam. They are going to have to use caution, as they can't just take any international order. It's best not to take them out of Singapore, as well as all of Africa. They are going to have to think a little bit and try to gauge that it is a real customer placing a real order. They should talk to someone at Verisign and see what cautions they advise.

On John - I think that may be the last of the articles- at least the ones I know how to access. On many, it would start to pull it up as "no name" and then say the article was no longer available. There is still a Europe site, but I didn't see any articles or information on it.
He's an ass, at best.

I am going to look up Dennie's number and I will call him. There's also Overture that I am going to do.

My Mom is in surgery today - 5 hours at least- stabilizing and repairing her back. So, I will be in and out.

More later.
Vicki

Yap1993 writes:

hi vicki,
you realize if you turn the website over to sam he will try to hire nani-the-enemy to run the thing. indians have a custom where they MUST hire inlaws no matter how stupid their inlaws are. nani is terribly upset at being fired for his amazing stupidity and incompetence.
s and s feel very guilty over this. it isn't hard to see why indians in india have a yearly income of like $500 compared to something like $30,000 in america.
i really appreciate you sending my plagarized articles from YAN. he has had almost a year to remove such things and has made almost no

attempt. plus all the other websites he claims no to own (such as avmazon.com) where he DROP SHIPS for them and controls them. i mean he is the one drop shipping my trademarks and claiming he has no control over the site. legally you don't have to actually own something to be responsbible for it.

we are filing the fifth criminal contempt complaint against him. youngagain.info is really bad and he owns that yet tries to deny it. we subpoenaed all these people in federal court and they are VERY unhappy about being dragged into a lawsuit. also. if they are cheating on their taxes, too. they are scared to death. they will hate john for all this. one of his suppliers already stomped out of a forced deposition cussing at everyone.

there's a point to all this. we'll get the website www.youngagain.com and he will go to prison and ideally i want that mailing list. then you could be rich. there will be an IRS auction and i want the computers. the feds will seize his entire operation. i just can't understand why they didn't arrest him last year. his tax frauds are countless and pitifully amateur.

no, i'm not on coffee but should be.

roger

p.s. please actually call dennie woodley and talk to him about his banner ad and how he got 150,000 e-mails inexpensively. from what he said it was a real winner.

| | |
|---|---|
| Subj: | **getting customers for YAI in AZ** |
| Date: | 9/10/2004 6:14:13 AM US Mountain Standard Time |
| From: | Yap1993 |
| To: | ddarragh@choruscall.com |
| CC: | VFPltts |

hi don,

anything you can do to help vicki and alex would be much appreciated.

the newspaper ads were DISMAL failures!!!!

bozo in tx used search engines as his secret to success. this is what we want to do.

registering with someone else is very easy and will be done in a day.

if you have any knowledge of search engines and how to advertise economically please tell them. we put $12,000 into the search engines back in january and didn't do too well.

another of my non-patients ron is also going to help them with this.

i'm a researcher and don't pretend to understand this other than picking good key words for searches.

thanks,

roger

to be clear, i will have Young Again Internet in NJ and Young Again Products in AZ.

our court cases against texas are going very well although expensive. he will lose everything and we will gain everything in the next months.

cc: vicki