Subj: **Re: advertising Hair Again**
Date: 9/10/2004 8:31:48 AM US Mountain Standard Time
From: Yap1993
To: VFPltts

hi vicki,
referring to your 8/18 google ad for Hair Again. you should be able to sell it. just keep track of all expenses so we can settle this. i would think this would be very successful since it is light years ahead of all the other products. i use this myself of course. ron will help you advertise and this will be a success.
always remember that bozo, his awful prices, the junk he sells, his horrible customer
non-service and all the rest brings in millions a year. his prices alone should scare people off. every day you are closer and closer to being financially affluent and working at home with your family. ideally i'd like to see the boys get interested in this, becky realize she can EARN money at 14, and alex find a place in this as well. then you'll have to hire people to pack and fill orders and take orders, etc.
roger

Subj: **minerals books**
Date: 9/10/2004 8:42:24 AM US Mountain Standard Time
From: Yap1993
To: VFPltts

hi vicki,
now that the newspaper ads are failures we have to look at the minerals books.
please take what you want for TNW and make some kind of invoice.
it will be up to you now to keep everything separate from YAP. if you need a case of something for TNW you'll have to make an invoice for it. more work for you.
whatever products bactolac DIDN'T make and you don't have please tell me and i'll get them made. as you know, we can't use s&s for anything anymore. you'll be getting your stuff at cost plus postage so you may want to lower your prices. all that is up to you.
we're sending you photos. we can use some of these photos with the articles.
PLEASE REPLACE MY PICTURE ON BOTH WEBSITES WITH THE NEW ONE.
also please change "Roger's Only Authorized Site" at YAI to "Roger's Authorized Site".
also please add on BOTH websites something to the effect, "Don't Confuse Us with other Young Again websites". We are the original and authentic Young Again in NC formed in 1993 by Roger Mason. this helps people understand about YAN. john does have this on his website now if you'll look- "don't confuse us with other other Young Again websites". what nerve!
roger

Subj: **late thursday night**
Date: 9/9/2004 6:07:23 PM US Mountain Standard Time
From: Yap1993
To: VFPltts

hi vicki,
please have alex e-mail don. don will gladly help him.
my friend ron will also help us with search engines.
we'll talk more about this tomorrow. i aleady have all the key words and i think you may have seen what we did on google and the other search engines.
i'm glad we did the newspaper ads so we know they don't work. this is what bozo did and he pulls in several million dollars a year. if you pull in a mere $100,000 you'll be living just like us as we only spend about $40,000 a year.
roger
p.s. did you send us the Total Mineral? yes, i know you're very busy. don't push yourself too hard. you and alex are going to have to work with ron and don on these search engines and i'll just pay the bills.

Subj: **Re: Free Total Minerals**
Date: 8/28/2004 4:25:51 PM US Mountain Standard Time
From: Yap1993
To: VFPltts

hi vicki,
LOTS of clicks for Hair Again but no buys? bummer.
i will get you some minerals books.
you know i'm not good at search engines. john has been very successful with the search engines however and there is a lesson there. of course he goes WAY overboard listing himself several times on the same page for one word. also his prices are horrendous.
there is still a lesson there in using search engines.
let's see if we can use NEWSPAPERS to get older people as customers. if Total Minerals fails i see little hope for Free Books or Free Better Immunity.
then again how about ads for YAP in AZ? Cheapest Supplements In The World!
you are getting 3,200 pounds of products on monday or tuesday. that's right, a ton and a half. plus the Hair Again. now we just need customers.
you have no price list and no printed price list to send people who call. i'm working on that this weekend. it will be somewhat different from YAI but basically the same.
roger

Subj: **your research on youngagain.com**
Date: 8/26/2004 11:16:39 AM US Mountain Standard Time
From: Yap1993
To: VFPltts

hi vicki,
recently you wrote and found some of my articles still on john's website.
you also found out youngagaineurope is gone.
thank you for all this. information like this is MOST helpful and it all goes to the attorneys.
i think malcolm in germany dumped him. i had warned him of all the problems.
i think gerard is going to dump him as well.
more important that the MD and UT civil suits is to see he goes back to jail where he belongs. you just cannot commit such obvious and outrageous tax fraud year after year and not go to prison. he's not even a smart criminal!
you know the goal is to get the www.youngagain.com website instead of getyoungagain or youngagainproducts.
roger
i'm going to submit the Total Minerals ad to the local paper.

Subj: **are the articles legal?**
Date: 8/10/2004 6:45:53 A.M. US Mountain Standard Time
From: Yap1993
To: VFPltts

hi vicki,
in reference to articles like dr. phil sucks!
slander is calling someone a crook, cheat, liar. theif, child molester, adulterer and this kind of thing.
my understand is that public figures can be called fools, clowns, idiots, morons, dopes, jerks, and the like.
when i talk about products i try to just expose them for what they are. this way no legitimate lawsuits can be filed.
in fact they don't want any more attention since everything in the articles is true and they don't want the public to know the truth.
roger

Subj: **Re: do whatever you have to do**
Date: 7/30/2004 2:56:41 P.M. US Mountain Standard Time
From: Yap1993
To: VFPltts

hi vicki,
if you can fix your computer cheaply and it is worth fixing please do so.
if not can you look for a good used computer IMMEDIATELY? you know people see one and two year old great computers as antiques now.
if not you can get a brand new complete set up for $499 all over the place.
you must have a computer obviously. take any money you need out of what you owe us or tell me and i'll send you some. just make a sensible, practical decision here as to what is the best thing to do.
i knew something was wrong when i didn't hear from you.
all your e-mail will be backed up on the aol system, right? don't you have two e-mails from trevor in nz?
roger
please don't worry about checking on john's website or his newsletter or anything else. you have enough to do.

Subj: **youngagainproducts.com**
Date: 7/24/2004 10:57:47 A.M. US Mountain Standard Time
From: Yap1993
To: VFPItts

hi vicki,
we gave s&s $27,000 investment to start the business. they were supposed to put in the same. every month the bank account disappears as they pay themselves $60,000 a year.
we are going to get our $27,000 back one way or another. an investment means you get your money back plus profits. every month the bank account shrinks.
the proof that they are not sincere is that if they were sincere that money would go to
ADVERTISING and SEARCH ENGINE placement every month instead of in their pockets. if they cared about the business they would know more customers is the goal. they would realize putting money into the business means long term profits.
how soon can you get www.youngagainproducts.com operational? i'm NOT trying to hurry you at all, but want to know so i can place the ads. we can't place any ads until it is operational. the 800 number is a big deal as i can SUBMIT the ad. in about two weeks all the products should ship from NY to you.
i sent you the "free books" ad last night.
roger
p.s. bozo has until midnight to remove my articles from his website. the judge gave him 60 days. his arrogance shows he won't do it. at depositions he admitted it would take him "ten minutes" to take them off. that matters because we are going to get the website
www.youngagain.com from him.

Subj: **Re: progesterone cream**
Date: 3/14/2004 8:43:49 P.M. US Mountain Standard Time
From: Yap1993
To: VFPltts

hi vicki,
corpak in sc sent 240 to you last week probably about wednesday, so you should have it about tuesday. please put this in your accounting. u.p.s.
i would put your own sticker over it. yes, women will pull it off and call bozo and be appalled at his prices. this will work in your favor.
we still have about 1,000 of these and we are selling very few. BAC takes about 100 a month. you are doing us a favor by selling these even though we're breaking even.
bozo is now selling "sighi's progesterone cream". sighi is a peruvian moron who thinks he a doctor except he misruns bozo's live help line to death. you call them and they'll tell you the moon is just the sun at night (courtesy of ozzie).
most of his business is Better Prostate. when we get an injunction against him his sales will plummet hugely as he can't sell that anymore. i doubt he'll even show up. he has to drag the whole Magnolia Hillbillies clan out to utah next month for depositions. depositions are devastating if you're not telling the truth or have anything to hide. devastating. and you're under oath and can go to jail for lying. devastating. fun for us though.
roger
p.s. your tip about his european website really helped. we copied it all for our attorneys.