UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 0 9 2008

MICHAEL N. MILBY, CLERK OF COURT

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. |
| SUPPLEMENTSPOT, LLC, | 06-35903<br>Chapter 11 |
| YOUNG AGAIN PRODUCTS, INC.<br><br>Plaintiff,<br><br>Vs.<br><br>SUPPLEMENTSPOT, LLC,<br>Marcella Ortega, and<br>John Acord a/k/a John Livingston<br><br>Defendants, | Adversary NO. 07-3019 |

## DEFENDANT JOHN ACORD'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINIE

TO THE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

COMES NOW the Defendant, John Acord, (hereinafter referred to as "ACORD") and opposes the Plaintiff, YOUNG AGAIN PRODUCTS'S INC MOTIONS IN LIMINE. This Answer is joined by Defendant, Marcella Ortega (hereinafter referred to as "Ortega").

Desperate to hide their clients criminal activities and wholesale acts of tortuous interference and the physical and mental abuse directed at Acord and Ortega and

the Ortega family, employees and associates, the scum at the Freeman law firm Have chosen to limit the testimony and documentary evidence Acord and Ortega can present at trial.

Putting aside their Jesuitical arguments, the intent is clear. Acord and Ortega have clear and convincing evidence that Roger Mason, YAP's President and owner, committed several acts of criminal perjury in statements made in his testimony in this court on December 13, 2008.

As set forth in Acord's Motion to Strike Pleadings of the Plaintiff, Mason testified on examination by this Court he did not author, caused to be authored, knew nothing about the authoring of several documents presented as evidence in this Court and preserved by this Court as Exhibits. Acord has obtained from Vicki Pitts, a former long-term associate of Mr. Mason, as a result of Plaintiff's own subpoena served on Ms. Pitts, an extensive collection of communications clearly and convincingly demonstrating Mason committed criminal perjury in this testimony.

Mason and his counsel fully realize that presentation of this evidence in this Court will result in this Court referring Mr. Mason, and perhaps his counsel, to the U.S.

Attorney to investigate and charge for perjury and other related crimes, especially the federal stalking statute.

Mason's criminal record is extensive and includes multiple drug distribution and manufacturing. He has also been convicted of federal charges related to identity theft, credit card fraud, and related crimes. It is true he was released from federal and state supervised release in 2002, where after he launched a new career that, to date, has led to another state or federal charge, except Acord will clearly show that he has committed perjury in this Court and also in other federal and state courts. He now feels that he can hide behind his lawyers and attorneys and continue with his criminal enterprises unabated by any fears of adding to his already lengthy 35 years of federal and state incarceration and supervision.

Evidence of Mr. Mason's criminal past should admitted in that his dedication the illegal activities, his extensive gang contact, his devotion to fraud have a direct relationship to the issues before this Court.; namely giving false testimony and making false claims in this federal bankruptcy Court.

Furthermore, Plaintiff claims that the many issues of tortuous interference with the Plaintiffs. The extreme mental abuse they have endured, the damage to their personal and business relationships caused by Mason are all before the USDC in Maryland. In fact, they are not. The only issues before this Court are those related

to incidents of interference that occurred long before the incidents complained of in this action.

Moreover, Mason and his attorney are hoping to escape the scrutiny of this court, conceal their deliberate perjury, and conceal from scrutiny of this Court and others the documentary and testamentary evidence that will conclusively show the many illegal acts committed by the Plaintiff, Mr. Mason and their attorneys.

WEHREFORE, Acord's and Ortega pray this Court deny Plaintiff Motions in liminie in their entirety and allow Acord and Ortega to present all evidence properly admitted before this court at trial.

Best regards,

John Acord, Pro per
Sui Juris
1919 Cattle Dr.
Magnolia, TX  77354
832-368-3599

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the clerk's office on July 9, 2008. Copies are provided electronically to Ben Floyd and Margaret McClure. The remaining were hand delivered.

_____
John Acord

Young Again Products, Inc.
c/o Margaret McClure
Attorney at Law
909 Fannin, Suite 3810
Houston, TX 77010

Ben Floyd, Trustee
700 Louisiana Street, Suite 4600
Houston, TX 77010

Marcella Ortega
1919 Cattle Drive
Magnolia, TX 77354

Robert Singer, Esq.
4550 Post Oak Place, Suite 175
Houston, TX 77027
713-627-2977

_____
John Acord