UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| SUPPLEMENT SPOT, LLC, | § | 06-35903 |
| DEBTOR | § | Chapter 11 |
| | § | |
| YOUNG AGAIN PRODUCTS, INC. | § | |
| | § | ADVERSARY NO. 07-3019 |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| SUPPLEMENT SPOT, LLC | § | |
| | § | |
| and | § | |
| | § | |
| JOHN ACORD | § | |
| 1919 Cattle Drive | § | |
| Magnolia, TX  77354 | § | |
| | § | |
| and | § | |
| | § | |
| MARCELLA ORTEGA | § | |
| 1919 Cattle Drive | § | |
| Magnolia, TX  77354 | § | |
| | § | |
| Defendants. | § | |

**EMERGENCY MOTION TO SEAL AND ORDER JOHN ACORD
TO DESTROY THE EXHIBITS ATTACHED TO HIS MOTION TO STRIKE
(DOCKET NO. 224)**

John Acord, Defendant herein, filed a Motion to Strike with attached exhibits with this Court, which was docketed on July 9, 2008. Within the Exhibits attached thereto are documents provided to John Acord by Vicki Pitts, a former employee of Young Again Products, Inc. In part, those documents contain attorney-client privileged and work product documents, mental impressions of the president of Young Again Products, Inc., and its attorneys, Freeman &

1

Freeman and divulge Plaintiff's litigation strategy in the Maryland federal litigation. This Motion to Strike and its Exhibits were delivered to counsel for the Plaintiff by an employee of John Acord and/or Supplement Spot at or about 3:00 p.m. on July 8, 2008. Prior to that time and date, Plaintiff had no knowledge that John Acord had these documents in his possession.

Plaintiff moves this Honorable Court to seal and order John Acord to destroy the documents which are the subject of this Motion, along with any and all other documents that he has received from Vickie Pitts. Plaintiff prays for general relief.

Respectfully submitted

/s/ Margaret M. McClure
_____
MARGARET M. MCCLURE
State Bar No. 00787997
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333
(713) 658-0334 (facsimile)
Email: McClureMar@aol.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record this the 9th day of July, 2008.

/s/ Margaret M. McClure
_____
MARGARET M. MCCLURE

2