UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | BANKRUPTCY CASE NO. |
|---|---|
| SUPPLEMENTSPOT, LLC, | 06-35903 |
| DEBTOR | Chapter 11 |

| YOUNG AGAIN PRODUCTS, INC. | |
|---|---|
| Plaintiff, | ADVERSARY NO. 07-3019 |
| vs. | |
| SUPPLEMENTSPOT, LLC, MARCELLA ORTEGA, and JOHN ACORD a/k/a JOHN LIVINGSTON | |
| Defendants. | |

## IN CAMERA AFFIDAVIT OF ROGER MASON

I, Roger Mason, being over the age of eighteen and competent to testify to the matters contained herein, do hereby declare:

1. My name is Roger Mason. I am President of Young Again Products, Inc., and I am duly qualified and authorized to make this affidavit. This affidavit is based upon my personal knowledge.

2. Between 2004 and 2006, Vicki Pitts was the Webmaster for Youngagainproducts.com, then the internet web site for YAP.

3. She was responsible for web site maintenance, mailing lists and quality control of the web site and server, key word advertising, article placement on the web site, product description, pricing and complete fulfillment of orders.

4. Ms. Pitts was also responsible for maintaining YAP's user names and passwords

to access the web site.

5. At all relevant times hereto, Ms. Pitts received direction and instruction from me on all aspects of YAP's internet business as described above.

6. During her employment, I would discuss legal advice received from counsel with Ms. Pitts through e-mail correspondence. I would forward to Ms. Pitts internal memorandum and corporate counsel's status letters as she was precisely the person who could best react to and respond to the issues and requests from counsel in connection with enforcement of YAP's intellectual property positions attendant to the litigation in Utah and Maryland.

I have personal knowledge of the facts stated herein. I affirm, under the penalties of perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Dated July 10, 2008

_____
Roger Mason