

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/25/2008

| | |
|---|---|
| In re: § § SUPPLEMENT SPOT, LLC § § Debtor § § YOUNG AGAIN PRODUCTS, INC., § § Plaintiff § § vs. § § SUPPLEMENTAL SPOT, LLC, § MARCELLA ORTEGA, AND JOHN § ACORD a/k/a JOHN LIVINGSTON, § § Defendants § | CASE NO. 06-35903-H4-11 Chapter 11 ADVERSARY NO. 07-3019 |

**ORDER GRANTING MOTION IN LIMINE FILED BY YOUNG AGAIN PRODUCTS, INC.**
[Docket No. 206]

The Court has reviewed the Motion in Limine Filed by Young Again Products, Inc. The Court finds that it is meritorious and should be granted. It is therefore:

ORDERED that the Defendants shall not introduce any evidence concerning Roger Mason's 23-year old criminal conviction.

Signed on this 25th day of July, 2008.

Jeff Bohm
U.S. Bankruptcy Judge