**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOUNG AGAIN PRODUCTS, INC., | ) | CASE NO: 07-3019-H4-ADV |
| | ) | |
| Plaintiff, | ) | Houston, Texas |
| | ) | |
| vs. | ) | Monday, July 14, 2008 |
| | ) | |
| SUPPLEMENT SPOT, LLC., ET AL., | ) | (9:55 a.m. to 3:43 p.m.) |
| | ) | |
| Defendants. | ) | |

TRIAL

BEFORE THE HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE

Appearances:       See next page

Court Recorder:    Doris E. Clark

Transcribed by:    Exceptional Reporting Services, Inc.
                   14493 S. Padre Island Drive
                   Suite A-400
                   Corpus Christi, TX 78418-5940
                   361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

APPEARANCES FOR:

Plaintiff:                    MARGARET M. McCLURE, ESQ
                              2 Houston Center
                              909 Fannin, Suite 3810
                              Houston, Texas 77010

                              THOMAS R. FREEMAN, ESQ
                              Freeman & Freeman
                              One Church St., Suite 200
                              Rockville, MD 20850

Supplement Spot, LLC,         ROBERT E. SINGER, ESQ.
et al.:                       Attorney at Law
                              4550 Post Oak Place
                              Suite 175
                              Houston, Texas 77027

John Acord:                   JOHN ACORD, PRO SE

1  Q    Okay. And if you would look to Page 13, the bottom of the
2  page, the last paragraph, did you write, and I quote:
3          "These documents and others, if admitted by Mason and
4          the Plaintiff, would clearly cause Mason to be
5          subject to charges of perjury for his testimony on
6          December 13. Mason, aided and abetted by his
7          counsel, has refused and will continue to refuse to
8          comply with the orders of this Court, so you would
9          subject Mason's attorneys to admitted multiple acts
10         of perjury, tortuous interference, as well as failure
11         to obey the United States District Court in Maryland
12         permanently enjoining Mason and anyone associated
13         with him with committing said tortuous acts and
14         making disparaging comments about Mr. Acord."
15         Is that your writing?
16 A    I wrote that, yes.
17 Q    Okay. So it's clear that based on your own discovery
18 analysis, Mr. Acord, that the relevancy of these documents in
19 your mind is to make a case of perjury and tortuous
20 interference and disparagement against Mr. Mason, isn't that
21 correct?
22 A    Well, yes, yes it is.
23         **MR. FREEMAN:** Okay, I have no further questions of
24 this witness.
25         **THE COURT:** All right. Mr. Singer?